32

FILED

2003 SEP -4 P 1:4

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
    Plaintiff,

v.                                                    CASE NUMBER: 3:02CV41 (AVC)

TOWN OF EAST HARTFORD POLICE
DEPARTMENT, CHIEF OF POLICE,
OFFICER ROSARIO, OFFICER FRED
PAQUETTE, OFFICER FOX, SGT.
McQUEENY, SGT. EAGAN, INTERNAL
AFFAIRS OFFICE, OFFICER NATHAN
STEBANS, DISPATCHER BARNETTE,
OFFICER GRIFFIN, OFFICER
RAYMOND CHAVERIER
    Defendants                      SEPTEMBER 4, 2003

## MOTION TO DISMISS

The Defendants, Town of East Hartford Police Department, Chief Mark Sirois, Officer Rosario, Officer Fred Paquette, Officer Fox, Sgt. McQueeney, Sgt. Eagan, Internal Affairs, Officer Nathan Stebans, Dispatcher Barnette, Lethanial Griffin, and Officer Raymond Chaverier hereby move the Court pursuant to Rules 7, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the plaintiff's "Civil Complaint Amended" dated

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

February 26, 2004. There being no objection, the Motion to Dismiss the Complaint with respect to Internal Affairs and Officer Nathan Stebans is GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1
LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580