UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
KIMBERLY GILBERT,          :
  Plaintiff,               :
                           :
VS.                        :    Civil No. 3:02CV41(AVC).
                           :
EAST HARTFORD POLICE       :
DEPARTMENT, ET. Al,        :
  Defendants.              :
```

FILED

2004 FEB    P  05

DISTRICT COURT
HARTFORD, CT.

## ORDER VACATING ORDER APPOINTING PRO BONO COUNSEL

On July 11, 2002, the court granted the plaintiff' motion
for appointment of counsel.  As part of that order, the court
stated that:

> If no attorney on the [pro bono] panel
> is willing to accept a pro bono appointment,
> this order will be vacated and the plaintiff
> will be required to proceed pros se.

Although the court has made diligent efforts to secure pro
bono counsel for the plaintiff, no counsel has been able to
accept this case.  Accordingly, the court's order of July 11,
2002 granting appointment of counsel is VACATED.

It is so ordered this 26th day of February, 2004 at
Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.