UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Kimberly Gilbert

V.                                       Case Number:    3:02CV00041(AVC)

East Hartford Police, et al

NOTICE TO COUNSEL
--------------------

Local Rule 26(e) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that, within 10 days after the conference, the participants must jointly file a report of the conference using Form 26(f).

It appears that more than forty (40) days have passed since the appearance of a defendant in this case but no report has been filed.

Accordingly, it is hereby ORDERED that the parties must file a Form 26(f) report by March 22, 2004. Failure to comply with this order will result in dismissal of the complaint.

Dated at Hartford, Connecticut, March 1, 2004.

KEVIN F. ROWE, CLERK


By:  ___/s/ JW_____
     Jo-Ann Walker
     Deputy Clerk