FILED

2004 MAR 18 P 1: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY GILBERT<br>      Plaintiff, | : |
| v. | :    CASE NUMBER: 3:02CV41 (AVC) |
| EAST HARTFORD POLICE DEPARTMENT, CHIEF MARK SIROIS, OFFICER ROSARIO, OFFICER FRED PAQUETTE, OFFICER FOX, SGT. McQUEENY, SGT. EAGAN, INTERNAL AFFAIRS OFFICE, OFFICER NATHAN STEBANS, DISPATCHER BARNETTE, OFFICER GRIFFIN, OFFICER RAYMOND CHAVERIER<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:    MARCH 18, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for an enlargement of time of 20 days until April 11, 2004 within which to coordinate the filing of a Form 26 (f) report with the plaintiff. The plaintiff is pro se. On March 10, 2004 the undersigned counsel wrote to the pro se plaintiff and requested that she provide the undersigned with her proposed Form 26(f) report. As of the date of this motion the undersigned has not yet heard from the plaintiff. Given the unique nature of the plaintiff's allegations and the reasons stated above the defendants respectfully request that this motion be granted.

Defendants, East Hartford Police
Department, Chief Mark Sirois, Officer
Rosario, Officer Fred Paquette, Officer Fox,
Sgt. Mcqueeny, Sgt. Eagan, Dispatcher
Barnette, Officer Griffin, Officer Raymond
Chaverier

BY: _____
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele:. (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney
adewey@baiolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 18th day of March 2004 to the following pro se party as follows:

Ms. Kimberly Gilbert
20 Holmes Street
East Hartford, CT 06118

_____
Andrew M. Dewey