FILED

2004 MAR 18 P 1: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY GILBERT<br>Plaintiff, | : |
| v. | : CASE NUMBER: 3:02CV41 (AVC) |
| EAST HARTFORD POLICE DEPARTMENT, CHIEF MARK SIROIS, OFFICER ROSARIO, OFFICER FRED PAQUETTE, OFFICER FOX, SGT. McQUEENY, SGT. EAGAN, INTERNAL AFFAIRS OFFICE, OFFICER NATHAN STEBANS, DISPATCHER BARNETTE, OFFICER GRIFFIN, OFFICER RAYMOND CHAVERIER<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 18, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for an enlargement of time of 20 days until April 11, 2004 within which to coordinate the filing of a Form 26 (f) report with the plaintiff. The plaintiff is pro se. On March 10, 2004 the undersigned counsel wrote to the pro se plaintiff and requested that she provide the undersigned with her proposed Form 26(f) report. As of the date of this motion the undersigned has not yet heard from the plaintiff. Given the unique nature of the plaintiff's allegations and the reasons stated above the defendants respectfully request that this motion be granted.

March 22, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

1
**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580