FILED

2004 APR 12  A 10: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KIMBERLY GILBERT<br>    Plaintiff, | : <br> : <br> : |
| v. | :    CASE NUMBER: 3:02CV41 (AVC) |
| EAST HARTFORD POLICE<br>DEPARTMENT, CHIEF MARK SIROIS,<br>OFFICER ROSARIO, OFFICER FRED<br>PAQUETTE, OFFICER FOX, SGT.<br>McQUEENY, SGT. EAGAN, INTERNAL<br>AFFAIRS OFFICE, OFFICER NATHAN<br>STEBANS, DISPATCHER BARNETTE,<br>OFFICER GRIFFIN, OFFICER<br>RAYMOND CHAVERIER<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :  APRIL 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for an enlargement of time of 10 days until April 21, 2004 within which to coordinate the filing of a Form 26 (f) report with the plaintiff. The plaintiff is pro se. On March 10, 2004 the undersigned counsel wrote to the pro se plaintiff and requested that she provide the undersigned with her proposed Form 26(f) report. On April 8, 2004 the pro se plaintiff provided the undersigned counsel with her handwritten draft of the Form 26(f) report. Given the unique nature of the plaintiff's allegations and the overall circumstances of this case the additional time requested is needed for the parties to formulate a joint Form 26(f) report. This is the second enlargement of time requested. On

April 9, 2004 the pro se plaintiff advised the undersigned counsel that she did not object to this motion. For the reasons stated above the defendants respectfully request that this motion be granted.

Defendants, East Hartford Police Department, Chief Mark Sirois, Officer Rosario, Officer Fred Paquette, Officer Fox, Sgt. Mcqueeny, Sgt. Eagan, Dispatcher Barnette, Officer Griffin, Officer Raymond Chaverier

BY: *Andrew M. Dewey*
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele:. (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of April 2004 to the following pro se party at the addresses listed below as follows:

Ms. Kimberly Gilbert
20 Holmes Street
East Hartford, CT 06118

Ms. Kimberly Gilbert
90 Hawthorne Street
Manchester, CT 06040

Andrew M. Dewey

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580