39

FILED

2004 APR 12 A 10: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY GILBERT<br>　　　　Plaintiff, | : <br> : <br> : |
| v. | :    CASE NUMBER: 3:02CV41 (AVC) |
| EAST HARTFORD POLICE<br>DEPARTMENT, CHIEF MARK SIROIS,<br>OFFICER ROSARIO, OFFICER FRED<br>PAQUETTE, OFFICER FOX, SGT.<br>McQUEENY, SGT. EAGAN, INTERNAL<br>AFFAIRS OFFICE, OFFICER NATHAN<br>STEBANS, DISPATCHER BARNETTE,<br>OFFICER GRIFFIN, OFFICER<br>RAYMOND CHAVERIER<br>　　　　Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    APRIL 12, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for an enlargement of time of 10 days until April 21, 2004 within which to coordinate the filing of a Form 26 (f) report with the plaintiff. The plaintiff is pro se. On March 10, 2004 the undersigned counsel wrote to the pro se plaintiff and requested that she provide the undersigned with her proposed Form 26(f) report. On April 8, 2004 the pro se plaintiff provided the undersigned counsel with her handwritten draft of the Form 26(f) report. Given the unique nature of the plaintiff's allegations and the overall circumstances of this case the additional time requested is needed for the parties to formulate a joint Form 26(f) report. This is the second enlargement of time requested. On

*April 15, 2004. GRANTED.*
*SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*

FILED
2004 APR 16 P 1:00
U.S. DISTRICT COURT
HARTFORD, CT

1
**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580