UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
        Plaintiff,

v.                                          CASE NUMBER: 3:02CV41 (AVC)

EAST HARTFORD POLICE
DEPARTMENT, CHIEF MARK SIROIS,
OFFICER ROSARIO, OFFICER FRED
PAQUETTE, OFFICER FOX, SGT.
McQUEENY, SGT. EAGAN, INTERNAL
AFFAIRS OFFICE, OFFICER NATHAN
STEBANS, DISPATCHER BARNETTE,
OFFICER GRIFFIN, OFFICER
RAYMOND CHAVERIER
        Defendants              APRIL 21, 2004

### DEFENDANTS' VERSION OF FORM 26(f) REPORT

The undersigned defendants hereby give notice of the efforts made to coordinate the filing of a joint Form 26(f) Report with the pro se plaintiff. On March 10, 2004 and March 22, 2004 the undersigned counsel wrote to the pro se plaintiff requesting her draft of the Form 26(f) Report. On or about April 8, 2004 the pro se plaintiff hand-delivered her draft to the undersigned counsel's office. On April 9, 2004 and April 13, 2004 the undersigned counsel and the pro se plaintiff spoke via the telephone and it became clear that an agreement could not be reached as to all of the terms of the Form 26(f) report. As a result on April 14, 2004 the undersigned counsel wrote to the pro se plaintiff returning her original draft to her as



well as enclosing the undersigned counsel's draft of the Form 26(f) report. The undersigned counsel's draft of the report incorporated the pro se plaintiff's position regarding the disputed issues and terms as well as incorporated the defendants' position regarding the disputed issues and terms. On April 19, 2004 the pro se plaintiff and the undersigned counsel spoke via the telephone again to discuss the coordination of the filing of the report. The undersigned counsel proposed that a meeting be held at the Courthouse on April 21, 2004 at 1:30 p.m. so that the report could be finalized, executed, and filed with the Court. The undersigned counsel appeared for the meeting but the plaintiff did not appear. After waiting approximately 20 minutes the undersigned counsel called the telephone number of the pro se plaintiff and was advised by a woman who identified herself as being the plaintiff's mother that the plaintiff was asleep and that she was not available to come to the phone. Later in the day on April 21, 2004 the undersigned counsel and the plaintiff spoke on the telephone and it became clear that it would not be possible to coordinate the filing of a joint Form 26(f) report because the plaintiff insisted that the undersigned counsel sign her draft of the report. Although the deadline for the filing of the report is April 21, 2004, the undersigned counsel does not object if the plaintiff needs additional time to file her version of the Form 26(f) report. Given these unique circumstances and in an effort to comply with the deadline the defendants propose the following:

2

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, telephonic conferences were held on April 9, 2004, April 13, 2004, April 19, 2004, and April 21, 2004. It is the defendants' position that a conference was not held earlier due to the uncertainty as to whether the plaintiff was proceeding pro se or was represented by counsel. The Court's order of February 26, 2004 vacating the prior order appointing pro bono counsel clarified this issue. The participants in the conferences were:

Plaintiff Kimberly Gilbert, pro se.

For the defendants Town of East Hartford Police Department, Chief Mark Sirois, Officer Rosario, Officer Fred Paquette, Officer Fox, Sgt. McQueeny, Sgt. John Egan, Dispatcher Barnette, Officer Lethaniel Griffin, Officer Raymond Chaverier: Attorney Andrew M. Dewey. The defendants Officer Nathan Stebans and Internal Affairs Department are no longer parties to this case due to the Motion to Dismiss that was granted by the Court on February 26, 2004.

Date Complaint Filed: It is unclear to the defendants from a review of the Court's file when the initial complaint was filed.

Date Complaint Served: The defendants do not concede that the defendants were properly served.

Date of Defendants' Appearance: On or about March 20, 2002.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

**I.    Certification.**

Undersigned counsel certifies that, after consultation with his clients, he has discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with his clients, has developed the following proposed case management plan. Counsel for the defendants further certifies that he has forwarded a copy of this report to his clients.

**II.    Jurisdiction.**

   A.    *Subject Matter Jurisdiction.*

The defendants deny all of the allegations made by the plaintiff and do not concede that there is subject matter jurisdiction on the basis that the plaintiff has failed to state claims upon which relief can be granted.

   B.    *Personal Jurisdiction.*

Defendants do not concede that they have been properly served in this matter.

**III.    Brief Description of Case.**

   A.    *Claim of Plaintiff(s):*

   B.    *Defenses and Claims (Counterclaims, Third Party Claims, Cross Claims) of Defendant/s:*

The defendants deny all of the material allegations made by the plaintiff and raise the affirmative defenses of qualified immunity, governmental immunity, lack of personal

jurisdiction, lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, lack of proximate cause of injuries and/or damages alleged, and set offs pursuant to C.G.S. §38a-836, et. seq.

    C.    *Defenses and Claims of Third-Party Defendant/s:*

Not applicable.

## IV.   Statement of Undisputed Facts:

None at this time.

## V.   Case Management Plan.

    A.    *Standing Order on Scheduling in Civil Cases.*

The defendants request modification of the deadlines in the Standing Order on Scheduling in Civil Cases as follows:

    B.    *Scheduling Conference with the Court.*

The defendants request a pretrial conference with the Court before entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b). The defendants prefer a conference in person.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

C. *Early Settlement Conference.*

1. The defendants certify that they have considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice. Settlement is unlikely at this time.

2. The defendants do not request an early settlement conference.

3. The defendants prefer that any settlement conference be held by a Magistrate Judge.

4. The defendants do not request a referral for alternative dispute resolution pursuant to D. Conn. L. Civ. R. 36.

D. *Joinder of Parties and Amendment of Pleadings.*

1. It is the defendants' position that the Plaintiff should be allowed until June 30, 2004 to file motions to join additional parties and until June 30, 2004 to file motions to amend the pleadings.

2. Defendant(s) should be allowed until June 30, 2004 to file motions to join additional parties and until April 30, 2004 to file a response to the Amended Complaint.

E. *Discovery.*

1. The defendants anticipate that discovery will be needed on the following subjects: the plaintiff's claims that the defendants violated her civil rights and failed to

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

protect her, the nature and extent of any injuries and losses alleged by the plaintiff, any prior conditions that the plaintiff had that relates to the plaintiff's claims in this case, any and all prior complaints that the plaintiff has brought against the defendants or any other employees of the Town of East Hartford, and whether there are any individuals with knowledge or information regarding the plaintiff's claims.

2.	The defendants request that discovery be commenced by April 26, 2004 and completed by December 31, 2004. Discovery was not commenced prior to the drafting of this report because up until February 26, 2004 it was unclear as to whether the plaintiff would be proceeding pro se or would be represented by counsel. On February 26, 2004 the court issued an order vacating its prior order appointing pro bono counsel.

3.	Discovery will not be conducted in phases.

4.	The defendants request that discovery be completed by December 31, 2004 for the reasons set forth in 2. above.

5.	The defendants anticipate that they will require a total of 5 to 6 depositions of fact witnesses. The defendants request that the depositions be commenced by June 15, 2004 and be completed by December 31, 2004.

6.	The defendants will not request permission to serve more than 25 interrogatories.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

7. The defendants request that the plaintiff's experts be disclosed pursuant to Fed. R. Civ. P. 26 (a)(2) by July 31, 2004. The defendants request that the depositions of any such experts be completed by October 31, 2004.

8. Defendants intend to call expert witnesses at trial. The Defendants represent that they will designate all trial experts and provide the pro se plaintiff with reports from retained experts pursuant to Fed. R. Civ. P. 26 (a) (2) by November 15, 2004. The defendants request that the depositions of such experts be completed by December 31, 2004.

9. The defendants request that a damages analysis be provided by any party who has a claim for damages by December 31, 2004.

F. *Dispositive Motions.*

The defendants request that dispositive motions be filed on or before February 15, 2005.

G. *Joint Trial Memorandum.*

The defendants request that the joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases be filed by March 1, 2005 unless a dispositive motion is pending in which case the defendants request that it be filed thirty days following a ruling on any dispositive motion.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

## VI.    Trial Readiness.

The defendants represent that the case will be ready for trial by April 1, 2005 or in the alternative thirty days after a ruling on any dispositive motion.

The undersigned counsel, as an officer of the Court, agrees to use his best efforts to cooperate with the pro se plaintiff to promote the just, speedy and inexpensive determination of this action.

                                      Defendants, Town of East Hartford Police Department, Chief Mark Sirois, Officer Rosario, Officer Fred Paquette, Officer Fox, Sgt. McQueeny, Sgt. John Egan, Dispatcher Barnette, Officer Lethaniel Griffin and Officer Raymond Chaverier

BY: _____
       Andrew M. Dewey
       Baio & Associates, P.C.
       15 Elm Street
       Rocky Hill, CT 06067
       Tele: 860-571-8880
       Fax: 860-571-8853
       Federal Bar No. ct07152
       Email: adewey@baiolaw.com

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of April 2004 to the following pro se party at the addresses listed below as follows:

Ms. Kimberly Gilbert
20 Holmes Street
East Hartford, CT 06118

Ms. Kimberly Gilbert
90 Hawthorne Street
Manchester, CT 06040

_____
Andrew M. Dewey

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580