02cv41 schedo

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 23 P 2: 21
U.S. DISTRICT COURT
HARTFORD CT

KIMBERLY GILBERT
   Plaintiff,

VS.

EAST HARTFORD POLICE DEPARTMENT, CHIEF MARK SIROIS, OFFICER ROSARIO, OFFICER FRED PAQUETTE, OFFICER FOX, SGT McQUEENY, SGT EAGAN, INTERNAL AFFAIRS OFFICE, OFFICER NATHAN STEBANS, DISPATCHER BARNETTE, OFFICER GRIFFIN, OFFICER RAYMOND CHAVERIER,
   Defendants.

Civil No. 3:02CV41 (AVC)

## SCHEDULING ORDER

(1) The plaintiff shall have to and including June 30, 2004, to file motions to join additional parties and to amend the pleadings;

(2) the defendants shall have to and including June 30, 2004, to file motions to join additional parties and to amend the pleadings and until April 30, 2004 to file a response to the amended complaint;

(3) all discovery, including depositions of all witnesses, shall be completed by December 31, 2004;

(4) the parties shall exchange a damage analysis, if necessary, on or before October 29, 2004;

(5) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 31, 2004, and depositions of any such experts shall be completed by December 31, 2004;

(6) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 15, 2004, and depositions of any such experts shall be completed by December 31, 2004;

(7) all motions, except motions in limine incident to a trial, shall be filed on or before February 15, 2005;

(8) the parties shall file a joint trial memorandum in accordance with the pretrial order, which

order shall accompany the jury selection calendar, and be sent to the parties on March 15, 2005;

(9) the case shall be ready for trial by April 15, 2005.

It is so ordered this 23rd day of April, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello, Chief U.S.D.J.