UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
    Plaintiff

Vs.                           CASE NO. 3:02CV00041 (AVC)

EAST HARTFORD POLICE, ET AL
    Defendants

## NOTICE TO COUNSEL

Rule 41(a) of the Local Rules of this District provides:

"In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 11 appear not to have been met, this Clerk shall give notice of proposed dismissal to counsel of record and *pro se* parties, if any. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter an order of dismissal. Any such order entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown."

This case is subject to being dismissed unless a satisfactory explanation of why it should not be dismissed is submitted to the Court by January 31, 2005.

Dated at Hartford, Connecticut, this 10th day of January, 2005.

KEVIN F. ROWE, Clerk

By:   /s/ JW
       Jo-Ann Walker
       Deputy Clerk