UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY GILBERT | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV41 (AVC) |
| | : | |
| EAST HARTFORD POLICE | : | |
| DEPARTMENT, CHIEF MARK SIROIS, | : | |
| OFFICER ROSARIO, OFFICER FRED | : | |
| PAQUETTE, OFFICER FOX, SGT. | : | |
| McQUEENY, SGT. EAGAN, INTERNAL | : | |
| AFFAIRS OFFICE, OFFICER NATHAN | : | |
| STEBANS, DISPATCHER BARNETTE, | : | |
| OFFICER GRIFFIN, OFFICER | : | |
| RAYMOND CHAVERIER | : | |
| Defendants | : | APRIL 15, 2005 |

## DEFENDANTS' PORTION OF
## TRIAL MEMORANDUM

The undersigned Defendants hereby submit their portion of the trial memorandum in

lieu of a joint trial memorandum for the following reasons. On March 22, 2005 the

undersigned counsel wrote to the pro se Plaintiff requesting that she provide the

undersigned counsel with her portion of the joint trial memorandum before the April 15,

2005 deadline. On April 7, 2005 the undersigned counsel received a voicemail message

from the pro se Plaintiff acknowledging receipt of this correspondence. She also indicated

that she would forward her portion of the joint trial memorandum to the undersigned

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

counsel before April 15, 2005. This did not occur and in order to comply with the Court's Pretrial Order the Defendants have filed their portion of the trial memorandum.

Since the Defendants did not have the advantage of reviewing the Plaintiff's portion of the trial memorandum before filing theirs, the Defendants respectfully reserve the right to supplement their submission in response to any document that the Plaintiff may file in response to the Court's Pretrial Order.  More specifically, the Defendants wish to reserve their rights to supplement the lists of witnesses and exhibits and to submit proposed jury instructions.

1. **TRIAL COUNSEL**

Trial counsel for the Defendants East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Fred Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier is Andrew M. Dewey, Esq., Baio & Associates, P.C., 15 Elm Street, Rocky Hill, Connecticut 06067. Telephone (860) 571-8880, Facsimile (860) 571-8853. E-mail address: adewey@baiolaw.com.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

2. **JURISDICTION**

      Counsel for the Defendants does not know the basis for federal jurisdiction that the pro se Plaintiff is claiming.

3. **JURY/NON-JURY**

      This case is to be tried to a jury.

4. **LENGTH OF TRIAL**

      The Defendants estimate that this case will require 4-5 trial days.

5. **FURTHER PROCEEDINGS**

      The Defendants respectfully request that a status conference be scheduled at the U.S. District Court with either a parajudicial officer or a U.S. Magistrate Judge so that the parties can determine whether any of the plaintiff's claims against the Defendants can be resolved short of trial.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

6. **NATURE OF CASE**

    B. **DEFENDANTS' DEFENSES**

        The Defendants deny all of the claims made against them by the Plaintiff. The
Defendants assert via an affirmative defense that none of the claims as set forth in the
Plaintiff's Civil Complaint Amended dated January 27, 2003 are claims upon which relief
can be granted. The Defendants also assert the affirmative defenses of qualified immunity,
governmental immunity, lack of jurisdiction of the subject matter, lack of jurisdiction over the
person, and insufficiency of service of process. The Defendants claim that none of their
alleged actions or omissions were the proximate cause of any damages, injuries, or losses
that the Plaintiff alleges she sustained.

7. **TRIAL BY MAGISTRATE JUDGE**

        The parties have not agreed to a trial by U.S. Magistrate Judge Thomas P. Smith.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

8.  **LIST OF WITNESSES**

    **B. DEFENDANTS' WITNESSES**

        **(1) Defendants' Witnesses Likely to Testify**

                Maureen Barnett
                ℅ East Hartford Police Department
                31 School Street
                East Hartford, Connecticut 06108

    She is expected to testify as to the circumstances surrounding her involvement with the plaintiff, her experience and training as a police dispatcher, and any knowledge she has regarding the frequency of telephone calls made by the plaintiff to the East Hartford Police Department. She is also expected to testify as to information she has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of her testimony is approximately 30 minutes.

                Officer Raymond Cheverier
                ℅ East Hartford Police Department
                31 School Street
                East Hartford, Connecticut 06108

    He is expected to testify as to the circumstances surrounding the December 31, 2001 incident that is the subject of this lawsuit, including his involvement with the plaintiff, his investigation, his experience and training as a police officer, and his observations during the incident. He is also expected to testify as to information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately one hour.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Mr. John Egan
% East Hartford Police Department
31 School Street
East Hartford, Connecticut 06108

He is expected to testify as to the circumstances surrounding his minimal involvement with the plaintiff, his experience and training as a police officer, and any knowledge he has regarding the frequency of telephone calls made by the plaintiff to the East Hartford Police Department. He is also expected to testify as to information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately 15-30 minutes.

Officer Brian Fox
% East Hartford Police Department
31 School Street
East Hartford, Connecticut 06108

He is expected to testify as to the circumstances surrounding his involvement with the plaintiff with respect to the incident alleged in her complaint. He is expected to testify as to his experience and training as a police officer and as to information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately 30-45 minutes.

Levaniel Griffin
% East Hartford Police Department
31 School Street
East Hartford, Connecticut 06108

He is expected to testify as to the circumstances surrounding his involvement with the plaintiff and the incidents alleged in the plaintiff's complaint, including his investigation regarding any alleged incidents and his observations, his experience and training as a police officer, and information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately one hour.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Dennis McQueeney
% East Hartford Police Department
31 School Street
East Hartford, Connecticut 06108

He is expected to testify as to the circumstances surrounding his involvement with the plaintiff and the incidents alleged in her complaint, his experience and training as a police officer, and information he has that is relevant to the issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately 30 minutes.

Officer Fred Paquette
% East Hartford Police Department
31 School Street
East Hartford, Connecticut 06108

He is expected to testify as to the circumstances surrounding his involvement with the plaintiff and the incidents alleged in the plaintiff's complaint, including his investigation regarding any alleged incidents and his observations, his experience and training as a police officer, and information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately one hour.

Officer Javier Rosario
% East Hartford Police Department
31 School Street
East Hartford, CT 06108

He is expected to testify as to the circumstances surrounding his involvement with the plaintiff and the incidents alleged in the plaintiff's complaint, including his investigation regarding any alleged incidents and his observations, his experience and training as a police officer, and information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately one hour.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Chief Mark Sirois
% East Hartford Police Department
31 School Street
East Hartford, CT 06108

     Chief Sirois is expected to testify as to the nature and the extent of his involvement with the matters and/or incidents alleged in the plaintiff's complaint. He is expected to refute the allegations of wrongdoing made by the plaintiff. He is further expected to testify as to his experience and training as a police officer and as the Chief of Police. He is also expected to testify as to information that he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately 30-45 minutes.

Detective Ellen Stoldt
% East Hartford Police Department
31 School Street
East Hartford, CT 06108

     Detective Stoldt is expected to testify as the nature and extent of her involvement with the plaintiff on December 30, 2001 as it relates to the allegations against Officer Raymond Cheverier. She is expected to testify as to her investigation of an incident on December 30, 2001, her observations of the plaintiff, and as to her experience and training as a police officer. She is also expected to testify as to information she has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of her testimony is approximately 30 minutes.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

### (2) Defendants' Witnesses Who May Testify

Officer Kwanza Clayton
% East Hartford Police Department
31 School Street
East Hartford, CT 06118

He may testify as to his involvement with the plaintiff on May 13, 2000 in follow up to the incident of May 12, 2000 investigated by Officer Javier Rosario and documented in police report case numbers 00-13049 and 00-13079. He may also testify as to his experience and training and as to any information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately 15-30 minutes.

Officer William Whitehead
% East Hartford Police Department
31 School Street
East Hartford, CT 06108

Officer Whitehead may be called to testify as to the circumstances surrounding the December 31, 2001 incident that is the subject of this lawsuit, including his involvement with the plaintiff, his investigation and/or observations, and his experience and training as a police officer. He is also expected to testify as to information he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony is approximately 15-30 minutes.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

      Cathy Calabretta
      Last Known Address:
      12 Dorothy Drive
      Bloomfield, CT 06002

  She may be called to testify as to her telephone call to the East Hartford Police Department on December 31, 2001 expressing concern about the welfare of her daughter Kimberly Gilbert that lead to the dispatch of Officer Raymond Cheverier to the plaintiff's residence on December 31, 2001. She may also be called to testify as to any knowledge she has concerning the plaintiff's health conditions that are relevant to issues in this case given that she is the plaintiff's mother. She may also be called to testify as to information she has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of her testimony if called is approximately 30 minutes.

      Todd Lomento
      % East Hartford Fire Department
      31 School Street
      East Hartford, CT 06108

  Mr. Lomento may be called to testify as to circumstances surrounding his involvement with the plaintiff on December 30, 2001 and/or December 31, 2001. At that time he was a firefighter paramedic. He may be called to testify as to his observations of the plaintiff and his experience and training as a firefighter and paramedic. He may also be called to testify as to information he has that is relevant to the issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony if called is approximately 30 minutes.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Richard Littell
% East Hartford Fire Department
31 School Street
East Hartford, CT 06108

Mr. Littell may be called to testify as to the circumstances surrounding his involvement with the plaintiff on December 30, 2001 and/or December 31, 2001. He is expected to testify that on those dates he was a firefighter with the East Hartford Fire Department. He may testify as to his observations of the plaintiff and her conduct on those dates as it pertains to the issues in this case. He may also testify as to information that he has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony if called is approximately 30 minutes.

Christopher Fraser
% East Hartford Fire Department
31 School Street
East Hartford, CT 06108

Mr. Fraser may be called to testify as to his observations of the plaintiff on December 30, 2001 and/or December 31, 2001 including her conduct and demeanor. He may also be called to testify as to information he has that is relevant to the issues raised by the plaintiff during her cases that supports the defense of this matter. The expected duration of his testimony if called is approximately 30 minutes.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Christina Rampelli
% East Hartford Fire Department
31 School Street
East Hartford, CT 06108

Ms. Rampelli may be called to testify as to the circumstances surrounding her involvement with the plaintiff on December 30, 2001 and/or December 31, 2001, including her observations of the plaintiff's conduct and demeanor. She may be called to testify as to her training and experience as a paramedic and/or ambulance personnel. She may also be called to testify as to information she has that is relevant to issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of her testimony if called is approximately 15-30 minutes.

Lieutenant Juan Rivera
% East Hartford Police Department
31 School Street
East Hartford, CT 06108

He may be called to testify as to the nature and extent of his involvement with the various civilian complaints that have been filed by the plaintiff against the East Hartford Police Department that are relevant to this matter. He may also be called to testify as to any information that he has regarding the frequency of the plaintiff's contact with the East Hartford Police Department. He may also testify as to his training and experience as a police officer. He may also testify as to information he has that is relevant to the issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony if called is approximately 20-30 minutes.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Sergeant Timothy Juergens
% East Hartford Police Department
31 School Street
East Hartford, CT 06108

Sergeant Juergens may be called to testify as to his knowledge concerning the frequency of the plaintiff's contacts with the East Hartford Police Department. He may also be called to testify as to the civilian complaints that the plaintiff has filed with the East Hartford Police Department that are relevant to this matter.  He may also be called to testify as to his training and experience as a police officer. He may be called to testify as to information he has that is relevant that is raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony if called is approximately 20-30 minutes.

Donna Lemaire, or other representative of Records
Department/Communications Department
c/o East Hartford Police Department
31 School Street
East Hartford, CT 06108

Ms. Lemaire or other representative may be called to testify for purposes of establishing a proper evidentiary foundation for the admission of any police records or the audiotape listed as trial exhibits by the defendants. The expected duration of her testimony if called is approximately 15-20 minutes.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

9. **EXHIBITS**

B. **Defendants' Exhibits**

        The Defendants may offer the following exhibits at trial depending upon the Plaintiff's presentation of her case:

1. East Hartford Police Department reports/records completed for incident on May 12, 2000 (case # 00-13049) by Officer Javier Rosario and supplemental reports.

2. East Hartford Police Department report completed for incident on May 25, 2000 (case # 00-14406/ # 00-14409) by Officer Brian Fox.

3. East Hartford Police Department reports/records, including statements of Kimberly Gilbert and Kevin Bigoness dated June 21, 2000, for incident on June 12, 2000 (case # 00-16319) completed by Officer Frederick Paquette.

4. East Hartford Police Department reports/records including statements of Kevin Bigoness dated July 1, 2000 and statements of Kimberly Gilbert dated July 2, 2000 and July 7, 2000, for the alleged incident reported on July 6, 2000 (case # 00-18565) completed by Levaniel Griffin.

5. East Hartford Police Department summary of incidents report to East Hartford Police Department involving the plaintiff during the period of December 27, 1999 though December 30, 2001.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

6.  CAD Operations Report of East Hartford Police Department for incident of December 30, 2001 (case # 01-37944).

7.  East Hartford Police Department reports/records completed by then Officer Ellen Stoldt for the incident on December 30, 2001 (case # 01-37944).

8.  East Hartford Police Department reports/records completed by Officer Raymond Cheverier for the incident on December 31, 2001 (case # 01-37976).

9.  CAD Operations Report of East Hartford Police Department for incident of December 31, 2001 (case # 01-37976).

10. East Hartford Fire Department report for incident of December 31, 2001.

11. Letter addressed to Kimberly Gilbert by Chief Mark Sirois dated March 13, 2002.

12. Transcription of telephone call from Cathy Calabretta to East Hartford Police Department on December 31, 2001 regarding her concerns about Kimberly Gilbert.

13. Statement of Todd Lomento dated February 15, 2002 taken by Lieutenant Juan Rivera of the East Hartford Police Department regarding the incident of December 31, 2001.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

14. Statement of Richard Littell dated February 15, 2002 taken by Lieutenant Juan Rivera of the East Hartford Police Department regarding the incident of December 31, 2001.

15. Statement of Christopher Fraser dated February 7, 2002 taken by Lieutenant Juan Rivera of the East Hartford Police Department regarding the incident of December 31, 2001.

16. Statement of Christina M. Rampelli dated February 7, 2002 taken by Lieutenant Juan Rivera of the East Hartford Police Department regarding the incident of December 31, 2001.

17. Audiotape of telephone calls made by Debra Calabretta and Cathy Calabretta on December 30, 2001 and December 31, 2001, respectively, to the East Hartford Police Department regarding concerns they had about the plaintiff's well-being.

10. **TRIAL TO JURY**

The parties cannot agree as to any facts or law in this case.

16

A. **Defendants' Proposed Voir Dire Questions**

(1)     This is a lawsuit for civil rights violations brought by the plaintiff against an East Hartford police officer. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

(2)     Is there anyone here who would prefer not to serve on a jury concerning a case of this kind?

(3)     Have you or anyone else close to you been employed as a police officer or by any law enforcement agency in any capacity?  If so, please explain.

(4)     Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?  If so, please explain.

(5)     Do you know or have you read anything or heard anything about this case, the plaintiff or the defendant or any of the lawyers involved in this case?

(6)     Has anyone here or anyone close to you ever been employed by an attorney?

(7)     Would you for any reason tend to favor one side or the other in this case or in regard to the evidence that may be presented?

(8)     Other things being equal, would you tend to trust or believe the testimony of a police officer more or less than that of an ordinary citizen merely because the testimony came from a police officer?

(9)     Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability than that of a civilian?

(10)     Have you or anyone close to you ever been the victim of a crime?

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

(11)    Does anyone here belong to any club or organization which in any way is interested in the enforcement or the change of any law or laws or which is in any other way concerned with policemen or law enforcement?

(12)    Have you or anyone close to you ever been arrested?

(13)    Has anyone here ever witnessed an arrest?

(14)    Have you, or has anyone close to you, ever been a party to a lawsuit?  If so, please explain.

(15)    Are there any circumstances where you think it might make sense for a citizen to refuse to follow the orders of a police officer?  What are they?

(16)    Would you tend to feel that the best approach would be to follow a police officer's orders and ask questions later or to ask questions right away if you thought the officer was mistaken?

(17)    What are your impressions about the dangers of police work, if any?

(18)    What contact have you had with police officers or other law enforcement officers during your lifetime?

(19)    How would you characterize your past experiences with police officers, if any?

(20)    What have you read or heard about incidents where police have been alleged to have used excessive force?

(21)    What is your immediate reaction when you hear that someone is charging the police with brutality?

(22)    Have you or anyone close to you ever been involved in any type of a dispute with a police officer?

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

(23)    Do you feel that citizens that believe that they have been treated illegally and unfairly have a right to bring a lawsuit against police officers?

(24)    Do you have any problems with the idea of an ordinary citizen suing a police officer because of actions the police officer claims he took in the line of duty?

### B. **Defendants' Proposed Jury Instructions**

The Defendants have not submitted proposed jury instructions since the Defendants are not certain as to the nature of the Plaintiff's claims and have not been provided with the Plaintiff's proposed jury instructions because the Plaintiff's portion of the trial memorandum was not forwarded to Defendants' counsel. Due to these circumstances the Defendants respectfully request permission and/or intend to reserve their right to submit proposed jury instructions once the Plaintiff has submitted hers.

### C. **Opening Statements**

Defendants' counsel does wish to make an opening statement.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Respectfully submitted this 15th day of April 2005.

Defendants,
East Hartford Police Department,
Chief Mark Sirois, Officer Javier
Rosario,  Officer Frederick Paquette,
Officer Brian Fox, Dennis McQueeney,
John Egan, Maureen Barnett, Levaniel
Griffin, and Officer Raymond Cheverier

BY:_____
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele: (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney
E-mail: adewey@baiolaw.com

20

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of April 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:


Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095


_____
                        Andrew M. Dewey

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580