UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KIMBERLY GILBERT                  :

        Plaintiff,             :

v.                                :         CASE NUMBER: 3:02CV41 (AVC)

                                    :

EAST HARTFORD POLICE DEPT.,       :

ET AL.                            :

        Defendants,            :         APRIL 15, 2005

PLAINTIFF'S TRIAL MEMORANDUM

The Plaintiff hereby submits its trial memorandum:

1. TRIAL COUNSEL: Plaintiff: (in pro se) Kimberly Gilbert

        40 Henry St. Apt. 28

        Windsor, CT 06095

      Defendant: Andrew M. Dewey, Baio & Associates, P.C.

        15 Elm St.

        Rocky Hill, CT 06067

        (860) 571-8880

2. JURISDICTION: Violation of civil rights.

3. JURY / NON-JURY: Trial by jury.

4. LENGTH OF TRIAL: Four to Five trial days.

5. FURTHER PROCEEDINGS: Plaintiff seeks a status conference before a U.S. Magistrate Judge.

6. NATURE OF CASE: Lack of Police response to crimes of violence commited against the Plaintiff. Personal injury caused by the police against the Plaintiff when questioning Plaintiff as to her well-being (pertinent to an involuntary committal

2  after Hospital professionals within hours prior asserted there was no cause for committal.

3  Harassment.

4  7. TRIAL BY MAGISTRATE JUDGE: Both parties request trial by jury.

5  8. LIST OF WITNESSES: Plaintiff's witnesses: James J. Schultz, Esq., 164 Belridge Rd.,

6  New Britain, CT 06053.

7  He will testify as to a telephone conversation which involved the Plaintiff, Defendant

8  Officer Chaverier and himself after Plaintiff's first involuntary committal and release

9  and just before Plaintiff was attacked by the officer and suffered a second involuntary

10  committal to a different hospital than had just released her.

11  Cathy Calabretta, 12 Dorothy Dr., Bloomfield, CT 06002.

12  She will testify as to her request that the police check the well-being of her daughter the

13  Plaintiff.

14  LIST OF EXPERT WITNESSES: Dr. Katz     - psychological issues

15  Chiropractor  - physical injury

16  9. EXHIBITS: Plaintiff exhibits include reports: Doctor Katz - 260 Retreat ave Htfd ct 06101

17  Chiropractor Dr. Carlson

18  50 main st. EH 06108

Manchester Hospital - forwarded upon Receipt

19  Hartford Hospital - Record Received Forwarded upon Recept

20  Statement July 7, 2000, Kimberly Gilbert

21  10. A. PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS:

22  (1) Can you be neutral and fair in determining facts in a case like this?

23  (2) Do you feel strongly for any reason that you ought not to sit on a jury for a case like this?

24  (3) Have you, a family member, in-law or close friend ever been a law enforcement officer?

25  or have a particular interest in law enforcement?

26  (4) Have you or anyone close to you been employed by a State or municipality?

27  (5) Do you know anyone or know of anyone involved in this case?

28  (6) Do you or anyone close to you have any connection with the legal field.

Kimberly Gilbert, Plaintiff
-vs-
East Htfd Police, Defendants

Case# 3:02CV41(AVC)

4-25-05

Request for:
**Acceptance of all documents**

Honorable Judge Covello I ask that you accept all trial memorandums enclosed by the plaintiff. Due to a diagnoses of cancer and immediate surgery on April 5, 05 I was unable to meet the memorandum deadline of April 15, 05. I also ask that by doing so this will allow myself to enter the requested Ex Parte Statement as well. I am prepared for the upcoming conference and all documents are in order. Please grant me the right to enter any and all documents at this time.

Sincerely,
Kimberly Gilbert
Pro Se

Kimberly Gilbert
            Plaintiff
    -vs-
East Hartford Police Department
            Defendant

Date - 4-25-05

Civil # - 3:02CV41(AVC)

Confidential Ex Parte Statement

1. Officers failure to respond.
Serious complaints of being held captive and injured. Being kidnapped and assaulted. By an assault refers to documented concussion. Two Involuntary Committals without cause. Both hospitals effected a speedy release. False claims stated to attorney of law. James Schultz Esq. as to suicide note and regarding speedy release. Violence by an officer with injury on a check welfare call, no crimes committed nor was I a perpetrator. Traffic stops without probable cause. Singled out for parking violations, while others were ignored. 911 dispatcher refused to hear complaint and hung up.

Factual Basis including damages

2. On three occassions E.H.P.D refused to respond and arrest. The police stated warrants would be issued, this never occurred. The Police stated I was suicidal. I stated I was fine. They then took action to commit me to Manchester Memorial Hospital. Released after given charcoal (I never had my stomach pumped) Speedy release. There was no concern by treating physician. Six hours later the police returned to my home and ordered another involuntary commital. I telephoned attorney James Schultz as he will be witness to officers Charrier's claim that I attempted suicide and that Manchester hospital released me by mistake, also that a suicide note was found. None of which was true.

Officer Charrier for unknown reasons yelled that "shes escaping" and forceably tackled me to the ground, repeatedly forcing my head into the ground several times by restraining my arms and sitting on my legs. I was injured by Charrier (documented) I was taken to Hartford Hospital and released immediatly. (No further commitals)

I was stopped two doors from my home by an officer who claimed my registration, license and insurance were not valid. My paperwork and license were all in order. (note: This occurance was the same day all officers involved in suit were served.

Both myself and other neighbors parked on the lawn due to no parking available. I was ticketed my neighbors were not.

A stranger was parked outside my home and was outside his vehicle staring into my house. Being scared I called for assistance from E.H.P.D and when I identified the dispatcher hung up on me. All the above actions caused me more anxiety and distress.

Range of Recovery

3. Failure to respond to assaults and kidnapping 10,000 per incident. First involuntary committal 10,000 Police violence on a check welfare call, 10,000. Second involuntary committal without cause and after evaluation and release from Manchester Hospital 10,000 false traffic stops and harassment also the threat of continuing harassment 10,000. Singled out for ticketing while ignoring others violations 10,000

    Total 90,000 Compensatory damages
        800,000 punitive damages.

4. Probable Recovery

    90,000 Compensatory
    800,000 Punitive damages - at the discretion of the court to discourage such acts and omissions in the future.

5. Prospects for Success and Reasons

    Documented injuries, Police reports firsthand falsehoods and deceptions as witnessed by Attorney James Schultz.

6. Settlement demands and offers

    Initial demand of 1 million dollars to EHPD Insurance Company. I received no response.

*[Handwritten certification of service:]*

Certified copies sent first class US mail to Maryjane Medwid (court and defendants) Maio and associates on 4/27/05

Kimberly a Giebert
pro se

**ED/PC PAGE II**
MANCHESTER MEMORIAL HOSPITAL
*an affiliate of Eastern Connecticut Health Network, Inc*
71 HAYNES STREET
MANCHESTER, CT 06040

PATIENT COPY

| DATE OF SERVICE | ACCT. # | | TIME IN | TIME DISCHARGED | MED. REC # |
|---|---|---|---|---|---|
| 01/24/02 | D00508700 | | 0123 | | 70462828 |

GILBERT, KIMBERLY A
20 HOLMES STREET
EAST HARTFORD, CT 04118

## AFTER-CARE INSTRUCTIONS

**IF YOU HAVE AN ALLERGY, SENSITIVITY OR HAVE BEEN TOLD NOT TO TAKE ACETAMINOPHEN, ASPIRIN OR NON-STEROIDAL ANTI-INFLAMMATORIES (IBUPROFEN) YOU MUST AVOID THESE MEDICATIONS. IF YOU HAVE A HISTORY OF ULCERS, GASTRO-INTESTINAL BLEEDING OR KIDNEY PROBLEMS, YOU MUST AVOID ASPIRIN AND NON-STEROIDAL ANTI-INFLAMMATORIES.**

EMERGENCY DEPARTMENT AND PROMPTCARE X-RAY READINGS ARE PRELIMINARY. YOU WILL BE CONTACTED IF THE FINAL REVIEW IS DIFFERENT.

IF YOU ARE TO SEE AN ORTHOPEDIC (BONE) SURGEON, CALL THE MANCHESTER MEMORIAL HOSPITAL X-RAY DEPARTMENT (860) (646-1222, EXTENSION 2378) IN ADVANCE TO MAKE ARRANGEMENTS FOR YOU TO PICK UP YOUR X-RAYS AND TAKE THEM WITH YOU TO THE DOCTOR'S OFFICE.

The following instructions are designed to guide you after you leave our facility. PLEASE REVIEW THEM BEFORE LEAVING AND ASK QUESTIONS IF ANYTHING IS UNCLEAR TO YOU. The examination and treatment which you have received is not intended to be a substitute for complete medical care. You should contact your physician, or the physician recommended by us if your condition changes or as instructed below. If your situation becomes urgent or if your physician cannot be contacted you should return here.

☐ **WOUNDS/LACERATIONS**
1. Keep wound clean and dry unless instructed to apply medicine.
2. ELEVATE the injured area above the level of the heart to reduce swelling.
3. If you have received a TETANUS immunization you may experience pain or swelling at the site of injection. Acetaminophen or aspirin may relieve the pain. If you develop shortness of breath, rash, itching or significant swelling you must return immediately. You will need a booster in 10 years (or in 5 years if you receive a severe injury). If this is your FIRST (PRIMARY) TETANUS IMMUNIZATION, you need to have a booster in 6 weeks and 6 months.
4. Return for SUTURE REMOVAL as indicated in instruction area below.
5. CONTACT YOUR PHYSICIAN OR RETURN HERE IF YOU DEVELOP: pain, pus, swelling, fever, redness or red streaks.

☐ **SPRAINS/STRAINS/BRUISES**
1. To REDUCE SWELLING, keep the injured area raised above the level of your heart as much as possible. Apply ICE PACKS over the injured area for 20 minutes every 2 hours for the next 48 hours.
2. To REDUCE PAIN, take acetaminophen or aspirin unless otherwise instructed. Keep the injured area at rest as much as possible as long as it hurts. Use CRUTCHES as instructed and do not bear weight until it is comfortable to walk.
3. If pain persists or you are not healing as expected, contact your physician or the physician recommended below.
4. CONTACT YOUR PHYSICIAN OR RETURN HERE IF YOU DEVELOP: pain, difficulty moving your foot or toes, loss of feeling or change of color.

☐ **HEAD INJURY**
1. You may have a mild HEADACHE and/or pain in the bruised area. To RELIEVE HEADACHE, you should apply an ice pack over the bruised area for 20 minutes every 2 hours for the next 48 hours. You may take acetaminophen or aspirin, unless otherwise instructed to take other medications (See above warning). Avoid all stronger pain medications and alcoholic beverages.
2. You must be OBSERVED by a responsible person for the next 24 hours. This person should awaken you every 2 hours for the first 8 hours and then every 4 hours for the next 16 hours.
3. CONTACT YOUR PHYSICIAN OR RETURN HERE IF YOU DEVELOP:
   (a) Headache that persists or increases in intensity.
   (b) Nausea, vomiting or dizziness.
   (c) Drowsiness or inability to be awakened.
   (d) Changes in vision (blurring or double vision).
   (e) Convulsions (seizures).
   (f) Changes in behavior or inability to think clearly.
   (g) Clear or bloody fluid from the nose or ears.
   (h) Unsteady gait or weakness of arms or legs.

☐ **CAST/SPLINT INSTRUCTIONS**
1. Keep the cast/splint DRY at all times.
2. Do not walk on the cast/splint unless you were told to do so. Keep the injured area elevated.
3. To REDUCE SWELLING, keep an ice pack (wrapped in a plastic bag and dry towel) over the injured area 20 minutes every 2 hours for the next 48 hours.
4. Do not put anything under the cast/splint to scratch your skin, as this may cause infection.
5. For PAIN, take acetaminophen or aspirin unless instructed to take other medications (See above warning).
6. If your cast/splint becomes TIGHT or if PAIN, NUMBNESS, or CHANGE OF COLOR of fingers or toes to blue or white occurs, you must RETURN IMMEDIATELY.

☐ BACK PAIN/NECK PAIN
1. Follow the physician's instructions regarding ACTIVITY.
2. Apply cold/warm packs to the injured area as instructed by the physician.
3. Take the medication as prescribed by your physician. MANY PAIN MEDICATIONS CAUSE DROWSINESS; YOU MUST AVOID DRIVING, MACHINERY OPERATION AND ALCOHOL INTAKE WHILE USING THESE.
4. When beginning to feel better, gradually increase activity. AVOID LIFTING, SUDDEN BENDING AND SUDDEN TURNING FOR SEVERAL DAYS.
5. CONTACT YOUR PHYSICIAN OR RETURN IF YOU DEVELOP: Pain, tingling, weakness, loss of feeling or loss of bowel or bladder control.

☐ ABDOMINAL PROBLEM
1. You should follow DIET of clear liquids for the next 48 hours. CLEAR LIQUIDS include fruit drinks (except for citrus), jello and clear broths. AVOID COFFEE, ALCOHOL, and MILK-PRODUCTS.
2. CONTACT YOUR PHYSICIAN OR RETURN HERE IF:
   (a) PAIN becomes more constant or severe or changes.
   (b) BLOOD appears in vomit, urine, or bowel movement.
   (c) NO improvement in APPETITE.
   (d) SHAKING CHILLS OR FEVER over 100° occurs.
   (e) Your condition does not improve as expected.

☐ CULTURES
1. If you have had cultures taken you must call for the RESULTS in 3 DAYS unless otherwise instructed. Call 647-4770 between 9 AM and 9 PM for PromptCare cultures or (860) 647-4777 for Emergency Department cultures.
2. You will need to know the date of your visit and the type of culture that was done. The TYPE of culture is listed in the BOX BELOW.
3. ONLY YOU (or in the case of a minor, the parent or guardian) CAN BE GIVEN THE RESULTS BY TELEPHONE. Please do not have anyone else call for your results.

☐ ALCOHOL INTOXICATION
ALCOHOL is dangerous to your health and impairs your judgment and coordination. If you have been treated for alcohol intoxication, you must not drive, operate an aircraft or boat, operate machinery, nor drink any alcoholic beverages for a minimum of 24 hours after discharge. After that time, you must use your own judgment as to whether it is safe.

FOR YOUR HEALTH AND WELL-BEING, PLEASE:
- Keep medications and household chemicals locked up
- Install and check smoke detectors in your home
- Use child safety seats at all times
- Wear you seat belt whenever you drive
- Wear bicycle and motorcycle helmets
- Do not drink alcohol and drive

INSTRUCTIONS
1. FOLLOW UP: PROMPTLY INFORM YOUR PRIMARY CARE PHYSICIAN AND YOUR HEALTH INSURER OF YOUR CARE AT MANCHESTER MEMORIAL HOSPITAL AND YOUR FOLLOW-UP CARE PLAN.
2. CALL DR. _____ AT _____(PHONE)_____ ON THE NEXT OFFICE DAY TO SCHEDULE AN APPOINTMENT _____ DAYS FROM TODAY. TELL THE RECEPTIONIST THAT YOU WERE REFERRED BY THE EMERGENCY DEPARTMENT OF PROMPTCARE. IF THE ABOVE PHYSICIAN IS NOT YOUR PERSONAL PHYSICIAN, YOU MUST CALL THE OFFICE WITHIN SEVEN (7) DAYS FROM TODAY TO SCHEDULE AN APPOINTMENT. AFTER SEVEN (7) DAYS THE ABOVE PHYSICIAN SHALL NO LONGER HAVE THE RESPONSIBILITY TO SCHEDULE AN APPOINTMENT FOR YOU.
3. RETURN HERE IF: _____
4. SUTURE (STITCHES OR STAPLES) REMOVAL IN _____ DAYS BY YOUR PHYSICIAN OR RETURN HERE.
5. WORK/GYM: FULL DISAB. _____ DAYS   PARTIAL DISAB. _____ DAYS   LIMITATION _____  ☐ EMPLOYER CALLED
6. OTHER _____

CULT: ☐ URINE  ☐ THROAT  ☐ OTHER
SEE DISCHARGE INSTRUCTIONS
☐ WOUND LACERATIONS
☐ SPRAIN/STRAIN
☐ HEAD INJURY
☐ CAST/SPLINT
☐ BACK PAIN
☐ ABDOMINAL PAIN
☐ CULTURES
☐ ALCOHOL INTOXICAT.
☐ AFTERCARE II

MEDICATIONS PRESCRIBED
1. _____
2. _____

1. _____ MD/DO  PHYSICIAN CODE _____
2. _____ MD/DO  PHYSICIAN CODE _____

**I HAVE READ, UNDERSTOOD, AND RECEIVED A COPY OF MY INSTRUCTIONS**

_____     _____     _____
PATIENT SIGNATURE        DATE                WITNESS

| DATE OF SERVICE | ACCT. # | ED / PC PAGE II MANCHESTER MEMORIAL HOSPITAL an affiliate of Eastern Connecticut Health Network, Inc. 71 HAYNES STREET MANCHESTER, CT 06040 | TIME IN | TIME DISCHARGED | PATIENT LABEL MED. REC # |
|---|---|---|---|---|---|
| 12/30/01 | D00476203 | | 2346 | | Z367278 |

GILBERT, KIMBERLY A
20 HOLMES STREET
EAST HARTFORD, CT 06118

### AFTER-CARE INSTRUCTIONS

IF YOU HAVE AN ALLERGY OR SENSITIVITY, OR HAVE BEEN TOLD NOT TO TAKE ACETAMINOPHEN, ASPIRIN OR NON-STEROIDAL ANTI-INFLAMMATORIES (IBUPROFEN) YOU MUST AVOID THESE MEDICATIONS. IF YOU HAVE A HISTORY OF ULCERS, GASTRO-INTESTINAL BLEEDING OR KIDNEY PROBLEMS, YOU MUST AVOID ASPIRIN AND NON-STEROIDAL ANTI-INFLAMMATORIES. EMERGENCY DEPARTMENT AND PROMPTCARE X-RAY READINGS ARE PRELIMINARY. YOU WILL BE CONTACTED IF THE FINAL REVIEW IS DIFFERENT.

IF YOU ARE TO SEE AN ORTHOPEDIC (BONE) SURGEON, CALL THE MANCHESTER MEMORIAL HOSPITAL X-RAY DEPARTMENT (860) 646-1222, EXTENSION 2378) IN ADVANCE TO MAKE ARRANGEMENTS FOR YOU TO PICK UP YOUR X-RAYS AND BRING THEM WITH YOU TO THE DOCTOR'S OFFICE.

The following instructions are designed to guide you after you leave our facility. PLEASE REVIEW THEM BEFORE LEAVING AND ASK QUESTIONS IF ANYTHING IS UNCLEAR TO YOU. The examination and treatment which you have received is not intended to be complete medical care. You should contact your physician, or the physician recommended by us if your condition changes for the worse, if your situation becomes urgent or if your physician cannot be contacted you should return here.

☐ **WOUNDS/LACERATIONS**
1. Keep wound clean and dry unless instructed to apply medicine.
2. ELEVATE the injured area above the level of the heart to reduce swelling.
3. If you have received a TETANUS immunization you may experience pain or swelling at the site of injection. Acetaminophen or aspirin may relieve the pain. If you develop shortness of breath, rash, itching or significant swelling you must return immediately. You will need a booster in 10 years (or in 5 years if you receive a severe injury). If this is your FIRST (PRIMARY) TETANUS IMMUNIZATION, you need to have a booster in 6 weeks and 6 months.
4. Return for SUTURE REMOVAL as indicated in instruction area below.
5. CONTACT YOUR PHYSICIAN OR RETURN HERE IF YOU DEVELOP: pain, pus, swelling, fever, redness or red streaks.

☐ **SPRAINS/STRAINS/BRUISES**
1. To REDUCE SWELLING, keep the injured area raised above the level of your heart as much as possible. Apply ICE PACKS over the injured area for 20 minutes every 2 hours for the next 48 hours.
2. To REDUCE PAIN, take acetaminophen or aspirin unless otherwise instructed. Keep the injured area at rest as much as possible as long as it hurts. Use CRUTCHES as instructed and do not bear weight until it is comfortable to walk.
3. If pain persists or you are not healing as expected, contact your physician or the physician recommended below.
4. CONTACT YOUR PHYSICIAN OR RETURN HERE IF YOU DEVELOP: pain, difficulty moving your foot or toes, loss of feeling or change of color.

☐ **HEAD INJURY**
1. You may have a mild HEADACHE and/or pain in the bruised area. To RELIEVE HEADACHE, you should apply an ice pack over the bruised area for 20 minutes every 2 hours for the next 48 hours. You may take acetaminophen or aspirin, unless otherwise instructed to take other medications (See above warning). Avoid all stronger pain medications and alcoholic beverages.
2. You must be OBSERVED by a responsible person for the next 24 hours. This person should awaken you every 2 hours for the first 8 hours and then every 4 hours for the next 16 hours.
3. CONTACT YOUR PHYSICIAN OR RETURN HERE IF YOU DEVELOP:
   (a) Headache that persists or increases in intensity.
   (b) Nausea, vomiting or dizziness.
   (c) Drowsiness or inability to be awakened.
   (d) Changes in vision (blurring or double vision).
   (e) Convulsions (seizures).
   (f) Changes in behavior or inability to think clearly.
   (g) Clear or bloody fluid from the nose or ears.
   (h) Unsteady gait or weakness of arms or legs.

☐ **CAST/SPLINT INSTRUCTIONS**
1. Keep the cast/splint DRY at all times.
2. Do not walk on the cast/splint unless you were told to do so. Keep the injured area elevated.
3. To REDUCE SWELLING, keep an ice pack (wrapped in a plastic bag and dry towel) over the injured area 20 minutes every 2 hours for the next 48 hours.
4. Do not put anything under the cast/splint to scratch your skin, as this may cause infection.
5. For PAIN, take acetaminophen or aspirin unless instructed to take other medications (See above warning).
6. If your cast/splint becomes TIGHT or if PAIN, NUMBNESS, or CHANGE OF COLOR of fingers or toes to blue or white occurs, you must RETURN IMMEDIATELY.

☐ BACK PAIN/NECK PAIN
1. Follow the physician's instructions regarding ACTIVITY.
2. Apply cold/warm packs to the injured area as instructed by the physician.
3. Take the medication as prescribed by your physician. MANY PAIN MEDICATIONS CAUSE DROWSINESS; YOU MUST AVOID DRIVING, MACHINERY OPERATION AND ALCOHOL INTAKE WHILE USING THESE.
4. When beginning to feel better, gradually increase activity. AVOID LIFTING, SUDDEN BENDING AND SUDDEN TURNING FOR SEVERAL DAYS.
5. CONTACT YOUR PHYSICIAN OR RETURN IF YOU DEVELOP: Pain, tingling, weakness, loss of feeling or loss of bowel or bladder control.

☐ ABDOMINAL PROBLEM
1. You should follow DIET of clear liquids for the next 48 hours. CLEAR LIQUIDS include fruit drinks (except for citrus), jello and clear broths. AVOID COFFEE, ALCOHOL, and MILK-PRODUCTS.
2. CONTACT YOUR PHYSICIAN OR RETURN HERE IF:
   (a) PAIN becomes more constant or severe or changes.
   (b) BLOOD appears in vomit, urine, or bowel movement.
   (c) NO improvement in APPETITE.
   (d) SHAKING CHILLS OR FEVER over 100° occurs.
   (e) Your condition does not improve as expected.

☐ CULTURES
1. If you have had cultures taken you must call for the RESULTS in 3 DAYS unless otherwise instructed. Call 647-4770 between 9 AM and 9 PM for PromptCare cultures or (860) 647-4777 for Emergency Department cultures.
2. You will need to know the date of your visit and the type of culture that was done. The TYPE of culture is listed in the BOX BELOW.
3. ONLY YOU (or in the case of a minor, the parent or guardian) CAN BE GIVEN THE RESULTS BY TELEPHONE. Please do not have anyone else call for your results.

☐ ALCOHOL INTOXICATION
ALCOHOL is dangerous to your health and impairs your judgment and coordination. If you have been treated for alcohol intoxication, you must not drive, operate an aircraft or boat, operate machinery, nor drink any alcoholic beverages for a minimum of 24 hours after discharge. After that time, you must use your own judgment as to whether it is safe.

FOR YOUR HEALTH AND WELL-BEING, PLEASE:
- Keep medications and household chemicals locked up
- Install and check smoke detectors in your home
- Use child safety seats at all times
- Wear you seat belt whenever you drive
- Wear bicycle and motorcycle helmets
- Do not drink alcohol and drive

INSTRUCTIONS
1. FOLLOW UP: PROMPTLY INFORM YOUR PRIMARY CARE PHYSICIAN AND YOUR HEALTH INSURER OF YOUR CARE AT MANCHESTER MEMORIAL HOSPITAL AND YOUR FOLLOW-UP CARE PLAN.
2. CALL DR. _____ AT _____ (PHONE) _____ ON THE NEXT OFFICE DAY TO SCHEDULE AN APPOINTMENT _____ DAYS FROM TODAY. TELL THE RECEPTIONIST THAT YOU WERE REFERRED BY THE EMERGENCY DEPARTMENT OF PROMPTCARE. IF THE ABOVE PHYSICIAN IS NOT YOUR PERSONAL PHYSICIAN, YOU MUST CALL THE OFFICE WITHIN SEVEN (7) DAYS FROM TODAY TO SCHEDULE AN APPOINTMENT. AFTER SEVEN (7) DAYS THE ABOVE PHYSICIAN SHALL NO LONGER HAVE THE RESPONSIBILITY TO SCHEDULE AN APPOINTMENT FOR YOU.
3. RETURN HERE IF: _____
4. SUTURE (STITCHES OR STAPLES) REMOVAL IN _____ DAYS BY YOUR PHYSICIAN OR RETURN HERE.
5. WORK/GYM: FULL DISAB. _____ DAYS    PARTIAL DISAB. _____ DAYS    LIMITATION _____    ☐ EMPLOYER CALLED
6. OTHER _____

CULT
☐ URINE
☐ THROAT
☐ OTHER

SEE DISCHARGE INSTRUCTIONS
☐ WOUND LACERATIONS
☐ SPRAIN/STRAIN
☒ INJURY
☒ CAST/SPLINT
☐ BACK PAIN
☐ ABDOMINAL PAIN
☐ CULTURES
☐ ALCOHOL INTOXICAT.
☐ AFTERCARE

MEDICATIONS PRESCRIBED
1. _____
2. _____

1. _____ MD/DO  PHYSICIAN CODE _____    2. _____ MD/DO  PHYSICIAN CODE _____

I HAVE READ, UNDERSTOOD, AND RECEIVED A COPY OF MY INSTRUCTIONS

_____ PATIENT SIGNATURE    _____ DATE    _____ WITNESS

*Internist- Dr. James Cox Chapman — 242-6297*

**KIMBERLY GILBERT 1/4/02**   *and Aprn Joyce Harmon.*

CC: Head and neck pain.

HPI: This is a 35-year-old woman who comes in with a chief complaint as above which she relates to an incident with the East Hartford Police on 12/31/01. Patient relates all this back to having filed a lawsuit in federal court against the East Hartford Fire *Police* Department and that was filed on 12/16/01. She feels that the current incident was in retaliation. The lawsuit related back to her apparently being attacked and abducted by the same man a couple of times about a year and a half or so ago. These assaults were apparently reported to the East Hartford Police Department and Kim was assured that a restraining order would be done. She did not seek legal aid at that point. Then on 12/30 the police and ambulance apparently showed up at her house stating that her aunt had called them saying that she was suicidal and taken an overdose. She resisted saying that she had just taken one Soma which she borrowed from her mother for recurrent low back pain which was started when apparently her nephew was rough housing with her over the holiday. In any case, she was apparently taken to Manchester Memorial Hospital Emergency Room. She was given a large amount of charcoal and then released by the doctor there. She was taken home by her father and spent the rest of the night vomiting and having diarrhea. She had talked to her mother about 7:00 Monday morning on the 31st. She then had to go to the bathroom and vomit or something and her mother was going to call her back. Apparently Kim had fallen asleep and did not answer the phone. The mother then apparently called the police saying she was worried about her daughter. The East Hartford Police showed up at her door with an ambulance and a fire truck saying that they had commitment papers for her. Kim called a friend who is an attorney, not her attorney, who was listening to the exchange over the telephone and advised her to go ahead into the Emergency Room. She reports that the policeman tackled her, held her down and caused a great deal of pain. She was apparently restrained on the stretcher, taken into the evaluation area at Hartford Hospital ER where she was kept and evaluated by a nurse practitioner for about an hour. They apparently did urine and tox screen and she was released after a brief interview by a psychiatrist.

Later Monday afternoon and evening she developed a lot of generalized achiness specifically in her neck, shoulders, lower back, hip and sternum. She had a lot of dizziness, little bit of nausea and was quite sleepy. Also said that her left forehead was quite tender to the touch although she did not see a bump or any bruising. She took some Tylenol. Apparently called in to us and then did not keep an appointment until today.

ROS: As above.

PFSH: Kim is single attempting to go back to school, significant psych history of anxiety/panic attacks and ~~bipolar disorder~~. She was in the Institute of Living and gets medications from Steven Katz at the IOL. Apparently he has been adjusting her medications via telephone calls and she reports that Tegretol and Lamictal both make her quite irrational. She was put back on Lithium under the advice of a covering doctor but has not seen Dr. Katz for several months. She also has a history of substance and ETOH abuse in the past although has not used any in a few years. She has chronic tonsillitis, irritable bowel syndrome, significant family history of fibromyalgia which Kim denies in herself stating that she does not want that diagnosis as it has made her mother and a maternal aunt obsessed with their condition. She had a pregnancy and abortion back in 8/01. She is allergic to Keflex, which causes hives.

# MANCHESTER MEMORIAL HOSPITAL
*an affiliate of Eastern Connecticut Health Network, Inc.*
71 HAYNES STREET
MANCHESTER, CT 06040

| DATE OF SERVICE | ACCT. # | | TIME IN | TIME DISCHARGED | MED. REC. # |
|---|---|---|---|---|---|
| 05/13/00 | D00151634 | | 1433 | | Z367278 |

GILBERT, KIMBERLY
20 HOLMES ST
E HARTFORD, CT 06118
860/568-5949

GILBERT, KIMBERLY
20 HOLMES ST
E HARTFORD, CT 06118
860/568-5949   Rel: SELF

UNEMP
UNEMPLOYED
*
*, CT 99999

DISABLED
DISABLED
DISABLED
DISABLED, CT 99999

| DATE OF BIRTH | AGE | SEX | M/S | RELIG | SOC. SEC. # |
|---|---|---|---|---|---|
| 04/14/66 | 34 | F | S | NONE | 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 |

ACCIDENT DATE: 05/12/00   TIME: 2200   METHOD OF ARRIVAL: CAR

PATIENT'S PHYSICIAN: Cox-Chapman, James

PATIENT'S COMPLAINT: ASSAULTED MULTIPLE INJURIES

E.D. CLERK: MHREG.CAC

PRI INSURED'S NAME: GILBERT, KIMBERLY   INSURANCE COMPANY: MEDICARE A & B   POLICY #: 049727848A
SECONDARY INSURED'S NAME: GILBERT, KIMBERLY   MEDICAID   002236338

TRIAGE ASSESSMENT TIME: 1455

CHIEF COMPLAINT: assaulted today multiple injuries. Nurse Odell trig pt state "person threw her around she hurts all over" [illegible]

SIGNIFICANT PAST MEDICAL HISTORY: manic desorder, ovarian cyst

CURRENT MEDICATIONS AND DOSAGE: [illegible], lithium, valium

ALLERGIES: [illegible]

R 18   BP 120/80

DATE OF LAST TETANUS: [blank]   WEIGHT: 115/60

TIME SEEN BY PHYSICIAN: 15:25   H+P DICTATED TIME: 4:50

RADIOLOGY: 15:45 ® forearm

COMMENTS/INTERPRETATION FOLLOW-UP: Neg 05-14 [illegible]

Held captive 10p 5/12-2am LMP - 4/28
pulled from chair, squeezing + twisting arm, punching + kicking L/o pain ® left ribs + ® buttocks   $ sexual abuse
® bruises neck   perp - someone she was recently dating w/who
® art chest lacerated
© [illegible] - contusion
© Rt ® 5 [illegible]

LABS: [none checked]

Bedside urine HCG test: [blank]
Urinalysis: Dip / CANCEL

PROVISIONAL DIAGNOSIS:
1. multiple [illegible] contusions
2. after assault

CONDITION ON DISCHARGE: GOOD
DISPOSITION: DISCHARGE

The confidentiality of this information is required by state statutes. A copy of this material shall not be transmitted to anyone without written consent of the patient

| Ambulance Service of Manchester ID Number: L077P1 | MO 05 | DAY 13 | YEAR 00 | ALS ☐ BLS ☑ | Service Name ASM | | | Log Number | 348191 | Dispatched 1343 |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit Number 5108-11 | S M T W T F S | | | Service Number N/A | | Unit Number N/A | I.V. Number N/A | | | Responding 1343 |
| Patient Name Last / First / Middle GILBERT, KIMBERLY A. | | | | Chief Complaint Committal | | | | Command Hospital | 05 | At Scene 1357 |
| Patient Address 20 HOLMES STREET  Apt. # | | | | Age 34 | Date of Birth | Mo 04 | Day 14 | Year 66 | Male ☐ Female ☑ | Medical Command 01 | Enroute 1403 |
| City E. HARTFORD CT   Zip Code 06108 | | | | Care Prior to Arrival | ☑ Yes | ☐ No | ☐ CTZ CPR | | Command MD | At Desk 1425 |
| Location of Incident HOLMES ST. EH  Town/Zip 06108 | | | | ☐ CTZ | Staff ☐ | Fire Dept. ☐ | PD ☑ (EH) | Amb ☐ | Receiving Facility 05 | Available 1429 |
| Medical ⊗ | TRAUMA ⊗ | Incident Date 05/13/00 | Time of Onset ~1300 | | | Telephone Number 8958051 | | | Disposition of Case 01 | Total Time 0046 |

Work Related: ☐ Yes ☑ No  ☐ MVA ☐ MCA  ☐ pedestrian ☐ off road veh  ☐ fall ☐ fire  ☐ bicycle ☐ athletics  ☐ machinery ☐ gun  ☐ knife ☐ assault  ☐ air / rail / boat ☐ other ___   Intercept N/A

Location: ☑ home ☐ farm  ☐ mine / quarry ☐ industrial  ☐ recreational ☐ street / hwy  ☐ public building ☐ residential institution ☐ other ___   Disp. Time R-1 N/A

Protective Equipment: ☑ none ☐ helmet  ☐ safety belt / harness ☐ infant / child seat  ☐ padding protective clothing ☐ other protective device  ☐ airbag ☐ unknown ☐ other ___   At Scene R-1 N/A

Glasgow Coma Scale   Eye 4   Verbal 5   Motor 6   Total 15   Extrication N/A MINS

**Narrative**

Found 34 y/o W ♀, c/a/o x 4, standing outside of home, in care of CHAD- PER PT, C/O BACK PAIN (R) ARM PAIN; boyfriend held her hostage in house last night, put her in bear hug (from front). Pt upon arrival presenting ∅ distress, skin good color w/ adeq turgor (CSF ∅) IVD. Trach midline. PERRLA = 2mm. ∅ FLAIL, equal expansion c̄ l/s clear bilaterally. c/o back pain, mid thoracic area, no pain ī palp or inhalation, no edema/crepitis/deformity noted. (R) arm pain tender between wrist/elbow, (+) splinted, no deformity or crepitis noted, (+) FROM (+) distals, (+) tingling, cap refill < 2 sec. ABD SNT pelvis stable. No other def/act to thoracic, peripherals, head, back. Equal strong hand grips & pedal pld. Asst to Amb, secured, xported PMHX: Panic Disorder, Pneumonia. BLS to AMMER. Turned pt care over to staff. Meds: Nardil, Eskalith, Valium, inc. c/ distals s/p splint. S100099 All: Keflex.

| Time | Pulse | Resp | B/P | GCS | Monitor | Airway/O2 | Treatments/Meds/IV | | |
|---|---|---|---|---|---|---|---|---|---|
| 1405 | 100 | 18 | 110/60 | 15 | ∅ | ∅ | Reassurance Transport | A B / A B / | |

A Signature _____ / IANG-ITN 000998
B Signature _____ / Vanessa Tyler - ORPHEUS 99512 /D MD Signature

Ambulance Service of Manchester

# ED/FC PAGE 1

**MANCHESTER MEMORIAL HOSPITAL**
an affiliate of Eastern Connecticut Health Network, Inc.
71 HAYNES STREET
MANCHESTER, CT 06040

| DATE OF SERVICE | TIME | | ROOM # | TIME DISCHARGED | MED. REC # |
|---|---|---|---|---|---|
| | | | | | |

ALLERGIES:

GILBERT, KIMBERLY
00151634
141466-34Y
CCX-CHAPMAN, JAMES

## NURSING ASSESSMENT

| VISUAL ACUITY | R / | L / | ☐ CORRECTED ☐ UNCORRECTED | WEIGHT | LBS. KG. |

**NEUROLOGIC:**
Orientation and Arousal _____

Extremity Strength _____
Pupils _____
Sensation + Movement: _____

**Glasgow Coma Scale**
- EYE OPENING RESPONSE: Spontaneous...4, To voice...3, To pain...2, None...1
- BEST VERBAL RESPONSE: Oriented...5, Confused...4, Inappropriate words...3, Incomprehensible sounds...2, None...1
- BEST MOTOR RESPONSE: Obeys command...6, Localizes pain...5, Withdraws (pain)...4, Flexion (pain)...3, Extension (pain)...2, None...1
- Total...3-15

A - ABRASION, B - BURN, C - CRUSH, G - GUNSHOT, S - STAB WOUND
E - ECCHYMOSIS, AMP - AMPUTATION, L - LACERATION, H - HEMATOMA, D - DEFORMITY

**IMMOBILIZATION:** ☐ C-Collar ☐ Backboard ☐ Splints

**RESPIRATORY:**
Breath Sounds _____
Ventilatory Pattern & Effort _____
Sp O₂ at room air: _____
O₂ Support _____

**CARDIOVASCULAR:**
Monitor _____
Chest Pain _____
Capillary Filling _____
Pulses _____

**GI:** Time of last meal _____
Abdomen: ☐ soft ☐ distended ☐ firm ☐ tender ☐ non tender
Bowel Sounds: ☐ present ☐ absent
Other _____

**GU:**
LNMP _____ Pregnant: ☐ yes ☐ denies
G _____ P _____ Ab _____

**PAIN ASSESSMENT:**
Provokes: _____
Quality: _____
Radiation: _____
Severity: _____
Time: _____
0-10: _____

### ORTHOSTATIC V.S.

| TIME | LYING | SITTING | STANDING |
|---|---|---|---|
| BLOOD PRESSURE | | | |
| PULSE | | | |
| TIME | LYING | SITTING | STANDING |
| BLOOD PRESSURE | | | |
| PULSE | | | |

| TIME | IV FLUID | SITES / GAGE | INIT |
|---|---|---|---|
| | | | |

| TIME | INPUT | | OUTPUT | |
|---|---|---|---|---|
| | TYPE | CC'S | TYPE | CC'S |
| | | | | |
| | TOTAL | | TOTAL | |

| TIME | MEDICATION & TREATMENTS | INIT | TIME |
|---|---|---|---|

DATE VACCINE ADMINISTERED
TYPE OF VACCINE
VACCINE MANUFACTURER
VACCINE LOT NUMBER
EXPIRATION DATE
SIGNATURE OF ADMINISTRATOR

| IMMUNIZATIONS | DATE |
|---|---|
| DTP (2/4/6/18 Mo., 4-6 Yrs.) | |
| Td (14-16 Yrs., q 10 Yrs.) | |
| OPV (2/4/18 Mo., 4-6 Yrs.) | |
| MMR (15 Mo.) | |
| HBPV (2 Yrs.) | |

☐ Restrain for Safety X _____ hrs. Time _____
☐ Assist with Pelvic _____ Init. _____

| TIME | BP | P | R | T | SpO2 |
|---|---|---|---|---|---|

## NURSING INTERVENTION & OUTCOMES

1510 Pt states she allowed a man to ~~~ what? into her home? He became abusive. Lost LOC c̄ ⓒ wrist (7 bpd) ⓇⓇ rib pain. Pt called amb./police. BRantken

1540 Pt examined by M.D. c̄ myself present. BRantken

1545 Pt wants to have cigarette before x-rays. BRantken

1600 To x-ray. BRantken

1620 Rets from x-ray. States the arm splint doesn't really help. BRantken

1650 Pt disch. BRantken

(3)

# CRISIS SERVICES
## ECHN BEHAVIORAL HEALTH SERVICES
71 Haynes Street, Manchester, CT 06040

Manchester Memorial Hospital  Rockville General Hospital;
*Nonprofit affiliates of Eastern Connecticut Health Network, Inc.*

| Date | Time | SS# | NAME/ADDRESS/RECORD # |
|---|---|---|---|
| 5/13/00 | 2:30 | 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 | Gilbert, Kimberly D00151634 / 2367278 |
| Date of Birth (Age) | | Ins. Co./Carve out, Policy # | 20 Holmes St E. Hartford, CT 06118 |
| 4/14/66 (34) | | Medicare A & B Medicaid 002236338 | Telephone # 895-8051 |

### A. CHIEF COMPLAINT & HX OF PRESENT ILLNESS

Pt. brought to E.D. by a friend/neighbor. Pt. states that she was held hostage by a male friend in her apartment since last night. Pt. says she was feeling uncomfortable c̄ this person in her apartment & that she asked him to leave. When he did not leave she dialed 911. The person left her home & came back impersonating a police officer. Once pt. opened her door he forced his way in, threw her against the couch & threatened to kill her. Pt was finally able to escape to a neighbor & police were called. A warrant is out for the man's arrest

*[margin notes: "not what I said", "end of the testing"]*

### B. MED. & PSYCH HX (Hospitalizations, Suicide Attempts, Sub. Hx/Tx)

Currently involved JOL - C.M. - PHP - 3 days per wk -
Haldol - 15 mg qid.
Lithium - 900 mg - BID
Valium - 5 mg - qd -
(Current Community Resources)

1st P. Hosp - 1981 - depression -
Dr. Stephen Katz -
Therapist - Cathy Benno -

Past - DMH -

### C. FAMILY AND PSYCHOSOCIAL HX

Attending MCTC Social Work -
Parents - div - Mom - Bloomfield - Dad Florida -
1 - Supportive Sister Kelly
Disability - ssi - on Social Security - Disab -
East Hartford Police - involved with current incident - Officer Rosado

Currently on Probation - False Charge - Dismissed

### D. MENTAL STATUS

Alert & Oriented x3 -
Thoughts - organized -
Mood - with - in normal limits -
Affect - appropriate -
Insight & Judgement fair → poor

Presents Anxious @ 528-4401
needy - fearful - at times -
friend/sister - present support -
Not - Suicidal -
Psychotic - not delusional

### E. DIAGNOSTIC IMPRESSION

AXIS I: Vague Disorder c̄ Mild Depression by Hx.
AXIS II: Deferred
AXIS III: Multi Contusions & Abrasions
AXIS IV: on Probation
AXIS V: 65

### F. DISPOSITION/TREATMENT PLAN/FOLLOWUP

- Medically clear -
- Crisis clear.
- dispo to follow 1 - JOL - PHP -
- Interval House -
- Crisis - Center -

Signature: Pat MacLeod BS.   Date: 5-13-2000

M.D. Signature: _____   Date: _____

CCC-100   Rev. 3/98

Manchester Memorial Hospital
Manchester, Connecticut

MEDICAL IMAGING DEPARTMENT

Gilbert,Kimberly A (F)           DOB: 04/14/1966 (35Y)
MRN: 367278                      Visit Type:  EP
Visit Number: 151634             Patient Home Phone: (860) 895-8051


Ordering Physician: Carroll,Robert F.
Attending Physician:
Consulting Physician:

---

Status: complete
                                 Access #: 296905        Exam Date: 05/13/00
Diagnostic Radiology


LEFT FOREARM (4080)

INDICATION:  Trauma.  Pain.

AP and lateral views were obtained demonstrating no evidence of fracture
or other osseous abnormality.  The visualized portions of the joint
structures are unremarkable.  If joint pathology remains clinically
suspect, standard views of the joint in question should be obtained.

CONCLUSION:

Normal right radius and ulna.



DB      Dictated:                Read By: Ostrowitz,Arthur
        Typed: 05/15/00  1040    Electronic Signature: Ostrowitz

Page   1 of   1