17 Jun 01  1315                                                    Page 1   of 2

                        Manchester Memorial Hospital
                          Manchester, Connecticut

                        Emergency History & Physical
Event Time: 13 May 00  1643                              Status: supplemental

Patient Name                 Patient #    Visit #    Age   Sex   Attending Phys.
Gilbert, Kimberly A          367278       151634     35Y   F

------------------------------------------------------------------------------

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Emergency Department History T Physical

Patient Name: GILBERT, KIMBERLY
Admission Date: 05/13/2000       MR #:  367278
Location: EMED        Acct #:  151634

Physician: Robert F Carroll, M.D.      Date: 05/13/2000

HISTORY OF PRESENT ILLNESS: Patient is a 34-year-old female who presents
to the Emergency Department for evaluation after she was physically
assaulted. Patient was held as a hostage by a person she has been dating
for the last week. By her report she was forced to remain indoors with him
from approximately 10:00 p.m. last night until approximately 2:00 p.m. this
afternoon during which time she was repeatedly physically assaulted about
the face, neck, chest, back and buttocks with his fists and feet. She
denies being struck with any foreign object and denies any sexual abuse.
She states he forced her to remain indoors. He had pulled her from a chair
where she fallen from the chair and landed on her back on the floor. She
is complaining of some pain in her lower back and her buttocks from that.
She was also grabbed and strangled around the neck repeatedly. She is
complaining of some mild pain on the anterior portion of her neck and
lateral neck as well. Patient was able to free herself this afternoon
around 1:30 p.m. and escape to a friend's where she phoned the police and
was taken to Manchester Memorial Hospital for evaluation.

PAST MEDICAL HISTORY: Significant for panic disorder and right ovarian
cyst.

MEDICATIONS: Nardil. Lithium. Valium.

ALLERGIES: Keflex.

REVIEW OF SYSTEMS: She has no headache. She has no nausea, vomiting,
fevers or chills. She has no chest pain or difficulty breathing. She has
no abdominal pain or dysuria. She does complain of some lateral cervical
pain and right lower back pain and left buttock pain.

PHYSICAL EXAMINATION: Temperature 99.1 degrees. Pulse 96. Respiratory
rate 18. Blood pressure 122/80. Patient is a well-developed,
well-nourished white female, teary-eyed, crying and anxious. HEENT: She
is normocephalic and atraumatic. Extraocular muscles are intact. Pupils
are equal, round, reactive to light and accommodation at 3 mm. Her mid
face is non-tender with no evidence of contusion or abrasions. Oral
dentition is intact. Oropharynx is clear. Her neck is supple with mild
trapezius tenderness bilaterally. No midline bony tenderness to palpation.
There are multiple areas of ecchymosis on the anterior aspect of her neck.
She has 2+ palpable carotids bilaterally with no bruits. Chest examination
is clear to auscultation bilaterally. No wheezes, rales or rhonchi. There

17 Jun 01  1315                                                    Page 2   of 2

                        Manchester Memorial Hospital
                         Manchester, Connecticut

                   Emergency History & Physical (continued)
Event Time: 13 May 00   1643                              Status: supplemental

Patient Name                    Patient #   Visit #    Age   Sex   Attending Phys.
Gilbert,Kimberly A              367278      151634     35Y   F

---

is a 5 cm scratch in the left anterior chest in the anterior axillary line. Heart examination reveals normal S1 and S2. There are no murmurs, rubs or gallops. Abdominal examination is soft, non-tender, and non-distended with normal active bowel sounds and no palpable masses and no bruises. Her back is non-tender over the midline vertebrae. She has mild right paraspinal back tenderness. Her extremity examination is full range of motion throughout. There is no clubbing, cyanosis or edema. Her left upper extremity has a contusion in the left triceps area approximately 6-8 cm in diameter. She has tenderness over the left mid forearm with full range of motion of the elbow and the wrist without any tenderness. She has 2+ radial pulses in the left upper extremity. The left lower extremity is significant for a 5-6 cm contusion, left lateral hip region with no bony tenderness. Neurologic examination reveals cranial nerves II-XII are intact. She has 5/5 motor diffusely. Normal sensory examination. No finger-to-nose abnormalities. Normal gait. Negative Romberg. No pronator drift.

EMERGENCY DEPARTMENT COURSE: While in the Emergency Department the patient was evaluated by the Crisis team. Police are in the process of trying to apprehend the suspect. Patient's sister is present along with a friend who are willing to take her and keep her at their home tonight. Crisis team evaluated her and they will be giving her the number of an intervention house/shelter where she can go if she feels at all in danger as well as telephone numbers to call for domestic violence if she feels unsafe. She was also advised to return here at any time if there is any further pain, nausea or vomiting, or feeling unsafe. She is also to follow-up with Dr. Cox-Chapman, her primary care physician, if she has any persistent pain or any worsening of her symptoms. She is to be continued on her current medications and will receive a prescription for Motrin 600 mg q.8h. p.r.n. pain.

FINAL DIAGNOSIS: Multiple contusions after assault.


     Robert F Carroll, M.D.
DD:  05/13/2000 16:43:18
DT:  05/16/2000 14:07:15
RFC/bls           Job #: 115460

CC:

                                     Electronic Signature: Carroll,Robert F.

| DATE OF SERVICE | TIME | | MANCHESTER MEMORIAL HOSPITAL<br>an affiliate of Eastern Connecticut Health Network, Inc<br>71 HAYNES STREET<br>MANCHESTER, CT 06040 | ROOM # | TIME DISCHARGED | MED. REC # |
|---|---|---|---|---|---|---|
| ALLERGIES: | | | | | | |

## NURSING ASSESSMENT

**VISUAL ACUITY** R / L /   ☐ CORRECTED  ☐ UNCORRECTED    **WEIGHT** ___ LBS ___ KG

**NEUROLOGIC:**
Orientation and Arousal: AA+O x 3

Extremity Strength: 4+E

Pupils: ___

Sensation + Movement: ⊕ sensation ⊕ movement

**Glasgow Coma Scale**
- EYE OPENING RESPONSE: Spontaneous — 4 (circled), To voice — 3, To pain — 2, None — 1
- BEST VERBAL RESPONSE: Oriented — 5 (circled), Confused — 4, Inappropriate words — 3, Incomprehensible sounds — 2, None — 1
- BEST MOTOR RESPONSE: Obeys command — 6 (circled), Localizes pain — 5, Withdraws (pain) — 4, Flexion (pain) — 3, Extension (pain) — 2, None — 1
- Total: 3-15

A - ABRASION, B - BURN, C - CRUSH, G - GUNSHOT, S - STAB WOUND, E - ECCHYMOSIS, AMP - AMPUTATION, L - LACERATION, H - HEMATOMA, D - DEFORMITY

**IMMOBILIZATION:** ☐ C-Collar  ☐ Backboard  ☐ Splints

**RESPIRATORY:**
Breath Sounds: clear bilaterally
Ventilatory Pattern & Effort: easy unlabored

Sp O₂ at room air: ___
O₂ Support: ___

**CARDIOVASCULAR:**
Monitor: ___
Chest Pain: ___
Capillary Filling: < 2 sec
Pulses: ⊕ pulses

**GI:** Time of last meal: ___
Abdomen: ☒ soft  ☐ distended  ☐ firm  ☐ tender  ☒ non tender
Bowel Sounds: ☒ present  ☐ absent
Other: ___

**GU:**
LNMP ___ Pregnant: ☐ yes ☐ denies
G ___ P ___ Ab ___

**PAIN ASSESSMENT:**
Provokes: ___
Quality: ___
Radiation: ___
Severity: ___
Time: ___
0-10: ___

### NURSING INTERVENTION & OUTCOMES

1450 — as per triage assaulted again by same person. Seen 5/13/00 for same. States he tried to choke her.
C/o bruises ® upper leg, ® hand punched in abd.

1500 — Trans. to ED per MD
15:15 — pt arrived to main ED c/o being assaulted ® jaw pain & neck pain due to pts head being pushed to the ® side. ® bruises to ® thigh, ® small toe, ® hand ® swelling. Sto was hit in abd ⊕ pain c̄ palpation ⊕ BS x 4 quads. ⊕ neuro deficits — await MD eval.

**ORTHOSTATIC V.S.**

| TIME | | LYING | SITTING | STANDING |
|---|---|---|---|---|
| BLOOD PRESSURE | | | | |
| PULSE | | | | |
| TIME | | LYING | SITTING | STANDING |
| BLOOD PRESSURE | | | | |
| PULSE | | | | |

| TIME | IV FLUID | SITES / GAGE | INIT |
|---|---|---|---|
| | | | |

| TIME | INPUT | | OUTPUT | |
|---|---|---|---|---|
| | TYPE | CC'S | TYPE | CC'S |
| | | | | |
| TOTAL | | | TOTAL | |

| TIME | MEDICATION & TREATMENTS | INIT | TIME |
|---|---|---|---|
| | | | |

DATE VACCINE ADMINISTERED: ___
TYPE OF VACCINE: ___
VACCINE MANUFACTURER: ___
VACCINE LOT NUMBER: ___
EXPIRATION DATE: ___
SIGNATURE OF ADMINISTRATOR: ___

| IMMUNIZATIONS | DATE |
|---|---|
| DTP (2/4/6/18 Mo., 4-6 Yrs.) | |
| Td (14-16 Yrs., q 10 Yrs.) | |
| OPV (2/4/18 Mo., 4-6 Yrs.) | |
| MMR (15 Mo.) | |
| HBPV (2 Yrs.) | |

☐ Restrain for Safety X ___ hrs.  Time ___
☐ Assist with Pelvic   Init. ___

| TIME | BP | P | R | T | SpO2 |
|---|---|---|---|---|---|
| | | | | | |

17 Jun 01  1313                                                Page 1   of 2

                        Manchester Memorial Hospital
                          Manchester, Connecticut

                        Emergency History & Physical
Event Time: 12 Jun 00  2006                              Status: complete

Patient Name                 Patient #   Visit #    Age   Sex   Attending Phys.
Gilbert,Kimberly A           367278      167555     35Y    F    Jablow,Richard

---

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Emergency Department History T Physical

Patient Name:   GILBERT, KIMBERLY A
Admission Date: 06/12/2000       MR #:  367278
Location:       EMED      Acct #: 167555

Physician: Richard L Jablow, M.D.      Date: 06/12/2000

CHIEF COMPLAINT:     Allegedly assaulted.

HISTORY OF PRESENT ILLNESS:  This is a 34-year-old white female who states she was assaulted by somebody she knows earlier this morning at 2 a.m.  The patient stayed until 9 a.m.  The patient then called the police and made a report.  She states she made a report and is also told to come to the station on Wednesday for further details.  She presents to the Emergency Room tonight for evaluation for neck pain and jaw pain.  She denies any loss of consciousness.  She also complains of pain in the right hand and the right great toe.

MEDICATIONS:  She takes Eskalith, Valium, and Nardil.

The patient was seen here in the Emergency Room about one month ago, where she allegedly was assaulted by the same gentleman.  This has also been evaluated by the police.  The patient signed in at 1450 and I saw the patient at about approximately 5 minutes thereafter, at 1500 hours.  The patient went to X-ray.  X-rays were ordered as appropriate.

PHYSICAL EXAMINATION:  Shows a well-developed, well nourished female, who is awake, alert, oriented, hemodynamically stable, afebrile, in no acute distress.  There was no pain on palpation of the neck.  The right trapezius muscle was tender.  There is no pain on axial loading.  No battle or raccoon sign.  No hemotympanum.  No fluid in the nares or the tympanic canals.  Pupils are equal in size, respond appropriate to light.  Funduscopic examination was normal.  Lungs were clear.  Heart sounds were normal.  Abdomen soft, nontender.  No rebound or guarding.  There was bruising on the anterior abdominal wall, and bruising on the anterior medial aspect of the thigh.  This examination was conducted in the presence of one of our female medical acquired immune deficiency syndrome.  The back was without tenderness and without lesions, as was the remainder of the skin.  Neurological examination:  Awake, alert, oriented, with a completely non-focal, non-localizing examination.


EMERGENCY DEPARTMENT COURSE:
1.  After X-ray, the patient returned.  Prior to going to X-ray, I had spoken to the Crisis worker who made contact with the patient prior to her

```
17 Jun 01  1313                                               Page 2   of 2

                    Manchester Memorial Hospital
                       Manchester, Connecticut

             Emergency History & Physical (continued)
Event Time: 12 Jun 00   2006                          Status: complete

Patient Name              | Patient #  Visit #    Age  Sex  Attending Phys.
Gilbert,Kimberly A        | 367278    167555      35Y   F   Jablow,Richard
-----------------------------------------------------------------------------
```

going to X-ray. The patient returned from X-ray, and apparently, while
waiting for Crisis to see the patient, the patient walked out of the
Emergency Department. We had the Crisis worker then call the Hartford to
ascertain that the patient had indeed made a report today. Apparently,
there was no specific individual report made today by the patient.
2. An attempt was made to contact the patient at home. There was no
answer.
3. The patient was certainly was not unable to make decisions for herself
and certainly did not verbalize any fears of leaving or being alone this
evening prior to her doing so. The patient left without signing against
medical advice.


      Richard L Jablow, M.D.
DD:  06/12/2000 20:06:42
DT:  06/13/2000 15:30:21
RLJ/mab           Job #: 136524

CC:


                                    Electronic Signature: Jablow,Richard

Manchester Memorial Hospital
Manchester, Connecticut

MEDICAL IMAGING DEPARTMENT

Gilbert, Kimberly A (F)           DOB: 04/14/1966 (35Y)
MRN: 367278                        Visit Type:    EP
Visit Number: 167555               Patient Home Phone: (860) 895-8051

Ordering Physician: Jablow, Richard
Attending Physician: Jablow, Richard
Consulting Physician:

------------------------------------------------------------------------
Status: complete
                                   Access #: 302784       Exam Date: 06/12/00
Diagnostic Radiology

6/16/00 edited by mak  re:  report body

RIGHT HAND/CERVICAL SPINE/RIGHT FIFTH TOE
(4091, 3702, 4727)

INDICATION:

RIGHT HAND: A study of the right hand disclosed normal osseous structures. There was no fracture.

CERVICAL SPINE: A study of the cervical spine in the frontal and lateral projections disclosed slight loss of the cervical lordosis consistent with muscular spasticity. There were no fractures or compression deformities. The prevertebral soft tissues were unremarkable. There were no cervical ribs.

RIGHT FIFTH TOE: A study of the right forefoot with particular attention to the fifth digit disclosed a subtle transverse linear highlight at the level of the fifth proximal phalanx probably reflective of a nondisplaced fracture. Since superimposition of a soft tissue crease cannot be entirely excluded, a definitive diagnosis is not now warranted. The remainder was unremarkable.

IMPRESSION:

Probable transverse fracture of the fifth proximal phalanx. Soft tissue swelling. Otherwise unremarkable study.


MAK      Dictated:                    Read By: Heimann, Walter G.
         Typed: 06/16/00  1719        Electronic Signature: Heimann, W


Page 1 of 1

Sun, 17 Jun 01  1313                                                    Page   1 of 1

                        Manchester Memorial Hospital
                            Chart Review Print

Location        Patient Name              Patient Number   Visit Number   Age   Sex
DIS-EP          Gilbert,Kimberly A        367278           167555         35Y   F

                                          Attending Physician
                                          Jablow,Richard

---

CBC lab collect
Event Time: Mon, 12 Jun 00  1647                        Status: complete

Mon, 12 Jun 00  1651   Documented by

Spec #    : 0612:H00388S
WBC       : 11.0  (4.0 - 10.5) K/CMM
RBC       : 4.04  (4.2 - 5.4) M/CMM
Hgb       : 12.3  (12.5 - 16.0) G/DL
Hct       : 36.9  (37 - 47) %
MCV       : 91    (78 - 100) fL
MCH       : 30.6  (27 - 31) PG
MCHC      : 34    (32 - 36) G/DL
Plt       : 270   (150 - 450) K/CMM
RDW       : 12    (11.5 - 14.0) %
MPV       : 7     (6 - 10) fL
Neut      : 65    (25 - 80) %
Lymphs    : 26    (15 - 48) %
Mono      : 5     (0 - 12) %
Eosin     : 3     (0 - 6) %
Baso      : 1     (0 - 2) %

---

                        * * * End of Report * * *

| DATE OF SERVICE | ACCT # | | TIME IN | TIME DISCHARGED | MED. REC # |
|---|---|---|---|---|---|
| 06/12/00 | D00167555 | MANCHESTER MEMORIAL HOSPITAL<br>an affiliate of Eastern Connecticut Health Network, Inc.<br>71 HAYNES STREET<br>MANCHESTER, CT 06040 | 1439 | 1655 | Z367278 |

GILBERT, KIMBERLY A
20 HOLMES ST
EAST HARTFORD, CT 06118
860/895-8051

GILBERT, KIMBERLY
20 HOLMES ST
EAST HARTFORD, CT 06118
860/895-8051    Rel: SELF

DISABLED
DISABLED
DISABLED
DISABLED, CT 99999

DISABLED
DISABLED
DISABLED
DISABLED, CT 99999

| DATE OF BIRTH | AGE | SEX | M/S | RELIG | SOC. SEC. # | TIME POLICE NOTIFIED | TIME ARRIVED | TIME DOG WARDEN CALLED | TIME ARRIVED |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/66 | 34 | F | S | PRO.0 | 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 | | | | |

| ACCIDENT DATE | TIME | LOCATION | TYPE | POLICE CALLED | METHOD OF ARRIVAL | PATIENT/GUARDIAN CONSENT | | | TIME |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/00 | 0230 | | | N | CAR | | | | |

PATIENT'S PHYSICIAN: Cox-Chapman, James
PATIENT REQUESTS: ☐ ED ☐ PC ☐ Either
HMO PHYSICIAN APPROVAL - NAME
TIME CALLED

PATIENT'S COMPLAINT: ASSAULT
MED. REC. REQUESTED | TIME CALLED | REQUESTOR
E.D. CLERK: MHREG.KLA

PRI INSURED'S NAME: GILBERT, KIMBERLY
INSURANCE COMPANY: MEDICARE A & B
POLICY #'S: 049727848A

SECONDARY INSURED'S NAME: GILBERT, KIMBERLY
MEDICAID
002236338

TRIAGE ASSESSMENT TIME: 1446
CONDITION: ☐ EMERGENT ☑ URGENT ☐ NON URGENT
ACCOMPANIED BY: friend/mother
DEAF/HEARING IMPAIRED SERVICES INITIATED ☐ YES ☑ N/A

CHIEF COMPLAINT: Neck pain, @ jaw pain - [illegible]
- sexually assaulted [illegible]

SIGNIFICANT PAST MEDICAL HISTORY: Ø

CURRENT MEDICATIONS AND DOSAGE:
Nardil
Cogentin
Valium

ALLERGIES: Kepler
T 96.4 P 72 R 20 BP 104/73 DATE OF LAST TETANUS: ?
WEIGHT LBS KG
SIGNATURE: [illegible] RN
TIME SEEN BY PHYSICIAN: 1445
☐ H + P DICTATED TIME: 1650?
PHYSICIAN RECORD COMPLETE ☐

RADIOLOGY:
(1) [illegible]
(2) cervical spine
(3) R 5th PIP 06-13-00
☑ PER RADIO

COMMENTS/INTERPRETATION FOLLOW-UP:
prob. Nondisplaced
fx 5 prox phal.

LABS: ☑ CBC  ☐ Glucose ☐ Accucheck ☐ Lytes ☐ ED Profile ☐ Liver Profile ☐ Hepatitis Profile ☐ Chem Profile ☐ MI Profile ☐ Cardiac Profile ☐ Amylase ☐ Lipase ☐ ETOH ☐ Tox Screen ☐ HCG ☐ Other ☐ Bedside urine HCG test ☐ Urinalysis ☑ Dip ☐ Throat Culture ☐ Urine Culture ☐ GC ☐ Chlamydia ☐ Other Culture

2:30 AM Today pt was assaulted
by [illegible]

(2) R thigh bruise

Abd wall bruise

R(L) hand

[signature] [illegible]

RESPIRATORY: ☐ ABG ☐ Peak Flow ☐ Oximetry
☐ Aerosol ___ cc of ___
☐ Aerosol ___ cc of ___
☐ O2 ___ Mask/Nasal
☐ ABG on ___ time ___
pH ___ PaO2 ___ PaCO2 ___ HCO3 ___

PHYSICIAN NOTIFIED | TIME | PLAN

PROVISIONAL DIAGNOSIS:
1. left before full eval [illegible]
2.
3.
4.

NO CHARGE ☐
MEDPR300?
EP [illegible]
SERVICE CODE: [illegible]

CONDITION ON DISCHARGE: ☐ GOOD ☐ SATIS ☐ CRIT
TRANSFER TO:
DISPOSITION: ☐ DISCHARGE ☐ ADMIT ROOM ___ ☐ ASSIGN TO OBSERVATION ROOM ___ ☐ MORGUE ☐ OTHER ☐ AMA

1. FOLLOW UP: PROMPTLY INFORM YOUR PRIMARY CARE PHYSICIAN AND YOUR HEALTH INSURER OF YOUR CARE AT MANCHESTER MEMORIAL HOSPITAL AND
☐ URINE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE OF SERVICE 07/01/00 | ACCT. # D00178792 | | an affiliate of Eastern Connecticut Health Network, Inc. 71 HAYNES STREET MANCHESTER, CT 06040 | TIME IN 1846 | TIME DISCHARGED | | MED. REC # Z367278 |

GILBERT, KIMBERLY A
20 HOLMES ST
EAST HARTFORD, CT 06118
860/895-8051

GILBERT, KIMBERLY
20 HOLMES ST
EAST HARTFORD, CT 06118
860/895-8051    Rel: SELF

DISABLED
DISABLED
DISABLED
DISABLED, CT 99999

DISABLED
DISABLED
DISABLED
DISABLED, CT 99999

| DATE OF BIRTH 04/14/66 | AGE 34 | SEX F | M/S S | RELIG PRO.0 | SOC. SEC. # 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 | TIME POLICE NOTIFIED | TIME ARRIVED | TIME DOG WARDEN CALLED | TIME ARRIVED |

| ACCIDENT DATE 07/01/00 | TIME | LOCATION | TYPE | POLICE CALLED | METHOD OF ARRIVAL CAR | PATIENT/GUARDIAN CONSENT | | TIME |

PATIENT'S PHYSICIAN: Cox-Chapman, James
PATIENT REQUESTS: ☐ ED ☐ PC ☐ Either
HMO PHYSICIAN APPROVAL - NAME
TIME CALLED

PATIENT'S COMPLAINT: ASSAULT
MED. REC. REQUESTED | TIME CALLED | REQUESTOR | E.D. CLERK MHREG.AMP

PRI INSURED'S NAME: GILBERT, KIMBERLY
INSURANCE COMPANY: MEDICARE A & B
POLICY #'S: 049727848A

SECONDARY INSURED'S NAME: GILBERT, KIMBERLY
MEDICAID
002236338

TRIAGE ASSESSMENT    TIME: 1848    CONDITION: ☐ EMERGENT ☐ URGENT ☐ NON URGENT    ACCOMPANIED BY:    DEAF/HEARING IMPAIRED ☐ YES ☐ N/A    SERVICES INITIATED

CHIEF COMPLAINT:
Pt states she was physically assaulted by man - held captive 24 hours.

RADIOLOGY
978 S-T Head
S cerebrat
[illegible] PER RADIOL.
COMMENTS/INTERPRETATION FOLLOW-UP

SIGNIFICANT PAST MEDICAL HISTORY: Panic disorder.

CURRENT MEDICATIONS AND DOSAGE:
Nardil
Escolith
Valium

LATEX ALLERGY ☐ YES ☐ NO

ALLERGIES: Keflex
☐ 48 ☐ 49 ☐ R 60 ☐ BP 117/70    DATE OF LAST TETANUS    WEIGHT LBS KG

SIGNATURE: Jane Packer RN
TIME SEEN BY PHYSICIAN: 1950    H+P DICTATED    TIME: 2200

"Third time because of this guy, Kidnapped rape → brought to N.J. Grabbed hair, slammed head."
C/O Back spasms, Head pain    160/20

PHYSICIAN RECORD COMPLETE ☑

☐ EKG PRIOR EKG:

LABS    TIME    DRAWN BY
☐ CBC
☐ Glucose ☐ Accucheck
☐ Lytes
☐ ED Profile [Lytes, Glu, Bun, Cr]
☐ Liver Profile
☐ Hepatitis Profile
☐ Chem Profile
☐ MI Profile
☐ Cardiac Profile [CBC, CP, Cardiac Enzyme, PT/PTT, Lytes]
☐ Amylase ☐ Lipase
☐ ETOH
☐ Tox Screen
☐ HCG
☐ Other
☐ Bedside urine HCG test ☐ Negative ☐ Positive [Procedural controls within limits]
☐ Urinalysis ☐ Dip
☐ Throat Culture
☐ Urine Culture
☐ GC ☐ Chlamydia
☐ Other Culture

RESPIRATORY
☐ ABG ☐ Peak Flow ☐ Oximetry    TIME    INIT
☐ Aerosol _____ cc of _____
☐ Aerosol _____ cc of _____
☐ O2 _____ Mask / Nasal
☐ ABG on _____ time _____
pH _____ PaO2 _____ PaCO2 _____ HCO3 _____

PHYSICIAN NOTIFIED    TIME    PLAN

NO CHARGE ☐
MEDPR.300
S/P = now

PROVISIONAL DIAGNOSIS
1. Head pain S/P Assault
2. Lumbar spine pain S/P Assault
3.
4.

DIAGNOSIS CODE    PROCEDURE    PROC. CODE

SERVICE CODE

CONDITION ON DISCHARGE: ☐ GOOD ☐ SATIS ☐ CRIT    TRANSFER TO
DISPOSITION: ☐ DISCHARGE ☐ ADMIT ROOM ☐ ASSIGN TO OBSERVATION ROOM ☐ MORGUE ☐ OTHER ☐ AMA

1. FOLLOW UP: PROMPTLY INFORM YOUR PRIMARY CARE PHYSICIAN AND YOUR HEALTH INSURER OF YOUR CARE AT MANCHESTER MEMORIAL HOSPITAL AND YOUR FOLLOW-UP CARE PLAN
☐ URINE
☐ THROAT

**MANCHESTER MEMORIAL HOSPITAL**
an affiliate of Eastern Connecticut Health Network, Inc.
71 HAYNES STREET
MANCHESTER, CT 06040

| DATE OF SERVICE | TIME | ROOM # | TIME DISCHARGED | MED. REC # |
|---|---|---|---|---|

ALLERGIES: No flex

## NURSING ASSESSMENT

| VISUAL ACUITY | R / | L / | ☐ CORRECTED ☐ UNCORRECTED | WEIGHT | LBS | KG |
|---|---|---|---|---|---|---|

**NEUROLOGIC:**
Orientation and Arousal: A0x4. states she kidnapped against [illegible]. States LOC.
Extremity Strength: _____
Pupils: _____
Sensation + Movement: _____

**Glasgow Coma Scale**
EYE OPENING RESPONSE:
- Spontaneous ............. 4 (circled)
- To voice ................. 3
- To pain .................. 2
- None .................... 1

BEST VERBAL RESPONSE:
- Oriented ................. 5 (circled)
- Confused ................. 4
- Inappropriate words ...... 3
- Incomprehensible sounds .. 2
- None .................... 1

BEST MOTOR RESPONSE:
- Obeys command ............ 6 (circled)
- Localizes pain ........... 5
- Withdrawals (pain) ....... 4
- Flexion (pain) ........... 3
- Extension (pain) ......... 2
- None .................... 1

Total: 15

GCS = 15

**IMMOBILIZATION:** ☐ C-Collar ☐ Backboard ☐ Splints

Legend: A - ABRASION, B - BURN, C - CRUSH, G - GUNSHOT, S - STAB WOUND, E - ECCHYMOSIS, AMP - AMPUTATION, L - LACERATION, H - HEMATOMA, D - DEFORMITY

**RESPIRATORY:**
Breath Sounds: CTA
Ventilatory Pattern & Effort: even, unlabored
Sp O2 at room air: _____
O2 Support: _____

**CARDIOVASCULAR:**
Monitor: _____
Chest Pain: Denies
Capillary Filling: _____
Pulses: _____

**GI:**
Abdomen: ☒ soft ☐ distended ☐ firm ☒ tender ☐ non tender
Bowel Sounds: ☒ present ☐ absent
Other: pt was kicked in stomach per pt statement
Time of last meal: _____

**GU:**
LNMP: 2 wks ago.    Pregnant: ☐ yes ☒ denies
G___ P___ Ab___

**PAIN ASSESSMENT:**
Provokes: _____
Quality: _____
Radiation: _____
Severity: _____
Time: _____
0-10: _____

### NURSING INTERVENTION & OUTCOMES

1900: Pt presents to ED c/o being kidnapped and assaulted by man she has seen a couple of times. Police present and interviewing pt. — SAB

1915: MD examining pt c this nurse present. SAB

2020: Pt medicated with above po meds. Will monitor for effectiveness. SAB

2130: Pt to CT scan. —

2200: Discharge instructions explained to pt who verbalized understanding.

1930: Late entry: Pt left ED c police to attempt to apprehend man who pt claims assaulted pt. — SAB

1955: Pt returns to ED and is back in room and is waiting to go to CT scan. SAB

---

**ORTHOSTATIC VS:**

| TIME | LYING | SITTING | STANDING |
|---|---|---|---|
| BLOOD PRESSURE | | | |
| PULSE | | | |
| TIME | LYING | SITTING | STANDING |
| BLOOD PRESSURE | | | |
| PULSE | | | |

| TIME | IV FLUID | SITES / GAGE | INIT |
|---|---|---|---|
| | | | |

| TIME | INPUT TYPE | CCS | OUTPUT TYPE | CC'S |
|---|---|---|---|---|
| | | | | |
| | TOTAL | | TOTAL | |

| TIME | MEDICATION & TREATMENTS | INIT | TIME |
|---|---|---|---|
| A25 | Tylox 1 po now/prn | | 2015 |
| | Ibuprofen 400 g po | | |
| | Flexeril 10 | | SAB |
| | Robaxin 750 mg po | | |

DATE VACCINE ADMINISTERED: _____
TYPE OF VACCINE: _____
VACCINE MANUFACTURER: _____
VACCINE LOT NUMBER: _____
EXPIRATION DATE: _____
SIGNATURE OF ADMINISTRATOR: _____

| IMMUNIZATIONS | DATE |
|---|---|
| DTP (2/4/6/18 Mo., 4-6 Yrs.) | |
| Td (14-16 Yrs., q 10 Yrs.) | |
| OPV (2/4/18 Mo., 4-6 Yrs.) | |
| MMR (15 Mo.) | |
| HBPV (2 Yrs.) | |

☒ Restrain for Safety X    hrs ___ Time ___
☐ Assist with Pelvic    Init ___

| TIME | BP | P | R | T | SpO2 |
|---|---|---|---|---|---|
| | | | | | |

170100

GILBERT, KIMBERLY A
178792

Manchester Memorial Hospital
Manchester, Connecticut

## MEDICAL IMAGING DEPARTMENT

Gilbert,Kimberly A (F)          DOB: 04/14/1966 (35Y)
MRN: 367278                     Visit Type:   EP
Visit Number: 178792            Patient Home Phone: (860) 895-8051


Ordering Physician: Simmons,Duncan R.
Attending Physician: Simmons,Duncan R.
Consulting Physician:

---

Status: complete
                                Access #: 306889          Exam Date: 07/01/00
Computerized Tomography


CT SCAN HEAD WITHOUT CONTRAST  1000

INDICATION:    (Trauma/pain/blurred vision.)

Axial computed tomography was performed from the vertex to the base without intravenous contrast.

The ventricular system is normal in caliber with no evidence of midline shift.  There is no evidence of mass effect or extra-axial collections.

If stroke is clinically suspect, a follow-up exam could be performed in one or two weeks without and with contrast. MRI could be performed sooner if more immediate evaluation is required.

CONCLUSIONS:

No abnormalities are observed.




MAK      Dictated:                    Read By: Ostrowitz,Arthur
         Typed: 07/03/00  2136        Electronic Signature: Ostrowitz

Manchester Memorial Hospital
Manchester, Connecticut

MEDICAL IMAGING DEPARTMENT

Gilbert, Kimberly A (F)　　　　　　DOB: 04/14/1966 (35Y)
MRN: 367278　　　　　　　　　　　　Visit Type:　EP
Visit Number: 178792　　　　　　　Patient Home Phone: (860) 895-8051

Ordering Physician: Simmons, Duncan R.
Attending Physician: Simmons, Duncan R.
Consulting Physician:

-------------------------------------------------------------------

Status: complete

Diagnostic Radiology　　　　　　Access #: 306887　　　　Exam Date: 07/01/00

LUMBAR SPINE   3715

INDICATION:  Trauma/pain.

Multiple views were obtained showing the vertebral bodies and disc spaces to be normal in height. The pedicles and posterior elements are intact. The sacroiliac joints are normally preserved.

CONCLUSION:

Normal exam.

PELVIS   3720

INDICATION:  Trauma/pain.

PELVIS:  A single AP view of the pelvis was obtained showing no evidence of fracture or joint surface abnormality. The sacroiliac and hip joints are normally preserved. There is no evidence of lytic or blastic disease.

CONCLUSION:

Normal examination.


MAK　　　Dictated:　　　　　　　　　Read By: Ostrowitz, Arthur
　　　　　Typed: 07/03/00  2145　　Electronic Signature: Ostrowitz

Page  1 of  1

17 Jun 01  1311                                                      Page 1   of 2

                     Manchester Memorial Hospital
                        Manchester, Connecticut

                     Emergency History & Physical
Event Time: 1 Jul 00  2155                                Status: complete

Patient Name                    Patient #  Visit #   Age  Sex  Attending Phys.
Gilbert,Kimberly A              367278     178792    35Y   F   Simmons,Duncan

---

EASTERN CONNECTICUT HEALTH NETWORK
Manchester Memorial Hospital

Emergency Department History  T  Physical

Patient Name:  GILBERT, KIMBERLY A
Admission Date:  07/01/2000        MR #:  367278
Location:  EMED         Acct #:  178792

Physician:  Duncan R Simmons, M.D.       Date: 07/01/2000

HISTORY OF PRESENT ILLNESS:  This is a 34-year-old white female who
presents complaining of a rather bizarre history of being kidnapped by a
boyfriend of hers, being held captive for 24 hours, being driven in his
truck to Enfield, to New Jersey, to Vermont, being assaulted, being struck
in the head, being grabbed by the hair and having her head struck against
the window.  She states that she did lose consciousness at one time.  She
presents complaining of right-sided head pain, as well as some lumbar back
pain.

PAST MEDICAL HISTORY:  Panic disorders.

MEDICATIONS:  Nardil, Eskalith, Valium.

ALLERGIES: Keflex.

REVIEW OF SYSTEMS: Negative.

PHYSICAL EXAMINATION:  This is a well-developed, well-nourished 34-year-old
white female in no acute distress.  Vital signs as noted on the chart.
HEENT:  Normocephalic and atraumatic.  There are no areas of bony
deformity, crepitus or stepoff, though she does have some discomfort on the
right side of her scalp to palpation.  There is no hematoma noted.  No
abrasions or lacerations are noted either.  Pupils are equal, round and
reactive to light and accommodation.  Extraocular movements intact.
Sclerae is anicteric and conjunctivae is not injected.  Her neck is supple.
She has no carotid bruits, no JVD, no cervical adenopathy.  There is no
bony deformity, crepitus or stepoff.  Her axial and appendicular skeletons
are intact grossly.  She has some diffuse tenderness in the lower lumbar
spine area at L5/S1 and the left SI joint.  Again, no bony deformity,
crepitus or stepoff is noted.  There is no erythema, no edema, no
ecchymosis noted.  She moves all four extremities with 5/5 strength.
Cranial nerves II-XII are intact grossly.  The remainder of her neurologic
exam, motor and sensory are nonfocal.

She had a CAT scan of her head without contrast.  Lumbar spine and pelvis
films were negative for fracture, dislocation or other acute process.  She
was given a prescription for Lortab 2.5/500 mg preparation, with
instructions on how to administer this medication.  She was discharged with
instructions to ice for 48 hours, return here if her pain increases.  She
was given a head injury instruction sheet.  She is to follow-up with Dr.

                       Manchester Memorial Hospital
                         Manchester, Connecticut

                    Emergency History & Physical (continued)                Status: complete
Event Time: 1 Jul 00   2155

Patient Name                  Patient #   Visit #        Age   Sex   Attending Phys.
Gilbert,Kimberly A            367278      178792         35Y   F     Simmons,Duncan
--------------------------------------------------------------------------------

Cox-Chapman in the office in three to five days.  She was discharged in
good condition.

DISCHARGE DIAGNOSIS:
1.   Scalp pain, status post assault.
2.   Lumbar spine pain, status post assault.



        Duncan R Simmons, M.D.
DD:  07/01/2000 21:55:38
DT:  07/02/2000 19:54:08
DRS/mlp            Job #: 150120

CC:

                                              Electronic Signature: Simmons,Duncan R.

**CRISIS SERVICES**
**ECHN BEHAVIORAL HEALTH SERVICES**
71 Haynes Street, Manchester, CT 06040

Manchester Memorial Hospital · Rockville General Hospital;
*Nonprofit affiliates of Eastern Connecticut Health Network, Inc.*

A. HX of PRESENT ILLNESS   D. MENTAL STATUS
B. PAST MED. & PSYCH HX    E. DIAGNOSTIC IMPRESSION
C. FAMILY and PSYCHOSOCIAL HX   F. ACTION TAKEN/DISPOSITION

NAME and ADDRESS
Kimberley A Gilbert
20 Hofmes St
E. Hartford, CT 06118
(860) 895-8051

Pt is a 34 year old Female came in from E. Hartford c̄ a complaint that she was assaulted. Pt has bruises and complains about neck pain, jaw pain. Pt was accompanied c̄ a friend and mother. Pt was seen by Dr Jablaw and was sent for X-Ray. When Pt came back from X-Ray — left the E.R without telling anyone. Called her home — no answer. Called the Police of E. Hartford. Apparently Pt is well known to E. Hartford Police. Was made few complaint and they say her complaint was unfounded but this time they confirmed that she did not call them in the past 24 hrs. which Pt told us she did call. Alerted the police regarding her complaint and she left AMA without being seen.

Lenin Egyickel MSW

Signature: _____   Date: _____
CCC 100A