UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
    Plaintiff,

v.       CASE NUMBER: 3:02CV41 (AVC)

EAST HARTFORD POLICE
DEPARTMENT, CHIEF MARK SIROIS,
OFFICER ROSARIO, OFFICER FRED
PAQUETTE, OFFICER FOX, SGT.
McQUEENY, SGT. EAGAN, INTERNAL
AFFAIRS OFFICE, OFFICER NATHAN
STEBANS, DISPATCHER BARNETTE,
OFFICER GRIFFIN, OFFICER
RAYMOND CHAVERIER
    Defendants       MAY 25, 2005

**DEFENDANTS' SUPPLEMENTAL COMPLIANCE RE: COURT'S PRETRIAL ORDER**

The undersigned Defendants hereby supplement their portion of the trial memorandum by adding the following individual to their list of witnesses:

1. **LIST OF WITNESSES**

    **B. DEFENDANTS' WITNESSES**

    **(2) Defendants' Witnesses Who May Testify**

    Lieutenant Francis Sperl
    % East Hartford Fire Department
    31 School Street
    East Hartford, CT 06108

Lieutenant Sperl may be called to testify as to circumstances surrounding his involvement with the plaintiff on December 30, 2001 and/or December 31, 2001. He may be called to testify as to any conversations he had with the plaintiff and as to his observations of the plaintiff and his experience and training as a firefighter and/or paramedic. He may also be called to testify as to information he has that is relevant to the issues raised by the plaintiff during her case that supports the defense of this matter. The expected duration of his testimony if called is approximately 30 minutes. His incident report was previously provided to the pro se plaintiff and the report was previously disclosed as a possible trial exhibit by the defendants via their portion of the Trial Memorandum filed on April 15, 2005.

Respectfully submitted this 25th day of May 2005.

        Defendants,
        East Hartford Police Department,
        Chief Mark Sirois, Officer Javier
        Rosario, Officer Frederick Paquette,
        Officer Brian Fox, Dennis McQueeney,
        John Egan, Maureen Barnett, Levaniel
        Griffin, and Officer Raymond Cheverier

BY: _____
     Andrew M. Dewey
     Baio & Associates, P.C.
     15 Elm Street
     Rocky Hill, CT 06067
     Tele: (860) 571-8880
     Fax: (860) 571-8853
     Federal Bar No. ct07152
     Their Attorney
     E-mail: adewey@baiolaw.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 25th day of May 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

                                        */s/ Andrew M. Dewey*
                                        Andrew M. Dewey

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580