UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KIMBERLY GILBERT

V.  CASE NO. 3:02 CV 41(AVC)

EAST HARTFORD POLICE DEPT, ET AL

ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of status and settlement discussions. SO ORDERED.

Dated at Hartford, Connecticut, this _____ day of August, 2005.

Alfred V. Covello
United States District Judge