Hartford U.S. District Court

Kimberly Gilbert pro Se'
Plaintiff.

-vs-

East Hartford Police et.al
Defendents.

Date 07-20-05
at Hartford

Case# 3:02 CV41(AVC)

Motion to Dismiss evidence.

Honorable Judge Covello I have incomplete evidence regarding the third and final incident that occured in July of 2000. Lethaniel Griffen (now retired) whom was assigned to handle that case has filed two statements after my original statement which is incorrect in all aspects. Retired Officer Griffen coherused me into putting down information that I never recalled happening. He told me if I do not add the information he gave me he stated he would not be able to obtain a warrant for the kidnapper. I had a severe concussion and was out cold for 6 plus hours. Officer Griffen said I can't account for that time, so he will not issue a warrant! I have requested my original and correct statement from the defendents on several occasions. I will graciously ask that no statements by defendents be entered in trial as well as the testimony of Lethaniel Griffen involving this matter. The truth cannot prevail if there is only partial evidence. Please grant this motion.