Hartford U.S. District Court

Kimberly Gilbert
    Plaintiff

-vs-

East Hartford Police et-al
    Defendents

Date - 7-20-05
at: Hartford District Court.

2005
Case # 3:02CV41(AVC)

Motion For Trial Date:
Honorable Judge: Alfred V. Covello
I the Plaintiff Kimberly Gilbert Pro Se' am asking to be scheduled for the the next available trial Date of: 10-6-05 In hopes that the defendents are ready as well. and will not prolong this matter.
    Thankyou,
    Sincerly
    Kimberly Gilbert Pro Se'

Certification:
Copies were sent Certified by the US Postal Service to: Honorable Judge Covello, United States District Court 450 Main St Htfd Ct 06103 and also to the firm of Baio and associates. 15 Elm St Rocky Hill Ct 06067