UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY GILBERT | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV41 (AVC) |
| | : | |
| EAST HARTFORD POLICE | : | |
| DEPARTMENT, CHIEF MARK SIROIS, | : | |
| OFFICER ROSARIO, OFFICER FRED | : | |
| PAQUETTE, OFFICER FOX, SGT. | : | |
| McQUEENY, SGT. EAGAN, | : | |
| DISPATCHER BARNETTE, | : | |
| OFFICER GRIFFIN, OFFICER | : | |
| RAYMOND CHAVERIER | : | |
|     Defendants | : | AUGUST 2, 2005 |

**DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION TO DISMISS EVIDENCE**

    The defendants East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Frederick Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin and Raymond Cheverier hereby object to the Plaintiff's Motion to Dismiss Evidence dated July 20, 2005 that was received by the undersigned counsel on August 2, 2005.

    The Plaintiff has never conducted discovery in this case. As part of their compliance with the Court's pretrial order and the formulation of their portion of the trial memorandum

the Defendants have provided the Plaintiff with the police report and related statements for the alleged July 2000 incident notwithstanding the Plaintiff's claims to the contrary.

Any disputes that may exist as to the admissibility of certain documents or the admissibility of the testimony of Levaniel Griffin should be addressed at the time of trial. It would appear that the Plaintiff's position regarding these evidentiary matters is that the issues of the credibility of Mr. Griffin and the Plaintiff as witnesses and the weight to be given to certain evidence should not only be resolved prior to trial, but also should be resolved in her favor. It is premature to address such issues prior to trial. The Plaintiff should be required to raise such objections at the appropriate time during the trial.

For these reasons the Defendants respectfully request that the Plaintiff's Motion be denied and that this Objection be sustained.

Defendants,
East Hartford Police Department,
Chief Mark Sirois, Officer Javier Rosario, Officer Frederick Paquette, Officer Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Officer Raymond Cheverier

BY:_____
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele: (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney
E-mail: adewey@baiolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of August 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

_____
Andrew M. Dewey