Hartford U.S. District Court

02CV41 mtntR

Kimberly Gilbert
    Plaintiff

Date- 7-20-05
at: Hartford District Court

-vs-

East Hartford Police et-al
    Defendants

Case # 3:02CV41(AVC)

Motion For Trial Date:
Honorable Judge: Alfred V. Covello
I the Plaintiff Kimberly Gilbert ProSé am asking to be scheduled for the the next available trial Date of: 10-6-05 In hopes that the defendents are ready as well, and will not prolong this matter.
    Thankyou,
    Sincerely
    Kimberly Gilbert ProSé

[Sideways annotation:] 3:02CV41 (AVC) August 3, 2005. As the plaintiff has withdrawn the within motion (document no.55) for a trial date, the motion is DENIED as moot. SO ORDERED.
Alfred V. Covello, U.S.D.J.

2005 AUG -3 P 2:44

tification:
pies were sent Certified by the US Postal Service to: Honorable Judge Covello United States District Court 450 main st Htfd ct 06103 and also to the firm of Baio and associates. 15 Elm St Rocky Hill Ct 06067