1 of 2

Kimberly Gilbert
-vs-
East Htfd Police Dept ET. AL    3:02 CV 41 (AVC)

RECEIVED
AUG 08 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

Honorable Judge Covello's chambers,

I mean absolutely no Disrespect to the court. I have to say During the last settlement meeting with P.S.O. murphy present and taking notes as Both Andrew Dewey attorney at law and myself Kimberly spoke. It was made clear by Andrew Dewey that his only defense was Immunity for all defendents due to their status and title of officer, Sgt, Cheif and dispatcher. I feel at this point because law applys equally to officers as it does to citizens that the defendents don't have little to no defense. Mr Andrew Dewey stated that he would not settle under any terms and then continued to state "I didn't come here for a settlement meeting" "I came to see if the plaintiff would drop a couple defendents." When I Kimberly Gilbert Pro Se replied to the several reasons why I chose and choose not to Andrew Dewey was asked by P.S.O. murphy if he was willing to settle he stated "absolutely not" proceeded to get up grab his documents and walk out without any stated conclusion that our meeting was over with. He disrespected P.S.O. murphy, myself and federal court by his actions. Speaking with attorney Dewey recently he plans on going to trial as well as myself. I believe that going to pick the jury on the Date of Sept. 1st, 05 is on both our behalfs the right choice, as neither side is willing to settle in anyway. I feel to prolong this for a status meeting is simply a waste of the courts time. I ask to keep in 1-05 is the right choice.

[Margin stamp/order, left side, rotated:]
August 8, 2005. Construed as a motion to adjourn the settlement conference and commence with jury selection on September 1, 2005; the motion is GRANTED. The parties shall appear for jury selection on September 1, 2005 at 10:00 am.
SO ORDERED.
Alfred V. Covello S.D.J.