UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY GILBERT | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV41 (AVC) |
| | : | |
| EAST HARTFORD POLICE DEPARTMENT, CHIEF MARK SIROIS, OFFICER ROSARIO, OFFICER FRED PAQUETTE, OFFICER FOX, SGT. McQUEENY, SGT. EAGAN, INTERNAL AFFAIRS OFFICE, OFFICER NATHAN STEBANS, DISPATCHER BARNETTE, OFFICER GRIFFIN, OFFICER RAYMOND CHAVERIER | : | |
|     Defendants | : | AUGUST 10, 2005 |

**OBJECTION TO PLAINTIFF'S MOTION
TO ADJOURN SETTLEMENT CONFERENCE**

    The Defendants East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Frederick Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier, hereby object to the plaintiff's letter addressed to Judge Covello that was apparently filed on August 8, 2005 and was construed as a motion to adjourn the December 7th settlement conference by the Court.

    As of the drafting of this Objection the undersigned counsel has not been provided with a copy of the Plaintiff's correspondence/motion by the Plaintiff. The Defendants

1

learned of the filing of the Plaintiff's correspondence/motion to adjourn and the Court's order simultaneously on August 10, 2005 via the Court's electronic mail notification.

The undersigned counsel takes issue with the Plaintiff's characterization of his actions or conduct at the prior settlement/status conference held by Parajudicial Officer Murphy. Any claim by the Plaintiff that the undersigned counsel was disrespectful to anyone at that conference is false and adamantly denied.

The Defendants object to the Plaintiff's motion to adjourn the settlement conference scheduled for December 7, 2005 for two primary reasons. First of all, the undersigned counsel cannot agree that such a conference before U.S. Magistrate Judge Smith will serve no purpose and will be a waste of the Court's time. Even if such a conference does not result in a complete resolution of the case, the undersigned counsel is optimistic that Judge Smith's involvement will assist in limiting the issues in dispute. The undersigned counsel is also optimistic that such a conference might result in a complete resolution of the case with Judge Smith's input.

The second reason for the objection is that given the conflicting notices that have been issued within the last couple of weeks regarding the trial schedule, the Defendants may have difficulty with the availability of their witnesses at trial if it goes forward in September. It is expected that the Defendants will call at least fifteen witnesses at the trial.

This includes the nine defendants. Immediately after receiving the Court's first notice on July 27, 2005 that jury selection was scheduled for September 1, 2005, the undersigned counsel alerted the Defendants and the potential trial witnesses of this date, however, the availability of each witness for trial in September was still being determined when the notice was received that the jury selection for September 1st had been cancelled. At that time the undersigned counsel immediately notified all of the Defendants and the potential trial witnesses that jury selection had been cancelled and that the trial would not go forward, if at all, until after the December 7th settlement conference was conducted. At this juncture it is uncertain as to whether all of Defendants and potential trial witnesses will now be available in September especially if the trial starts the week of Labor Day.

For these reasons, the Defendants respectfully request that this objection be sustained and that the settlement conference go forward on December 7, 2005. In the alternative, if the Court should decide to cancel the settlement conference, the Defendants request that a status conference with the Court be scheduled prior to September 1, 2005 so that the trial schedule and other related issues such as the availability of witnesses can be addressed so that the parties can select dates for the trial in September or October that are convenient for the Court as well as for all of the parties.

3

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

        Defendants,
        East Hartford Police Department,
        Chief Mark Sirois, Officer Javier
        Rosario, Officer Frederick Paquette,
        Officer Brian Fox, Dennis McQueeney,
        John Egan, Maureen Barnett, Levaniel
        Griffin, and Officer Raymond Cheverier

BY:_____
        Andrew M. Dewey
        Baio & Associates, P.C.
        15 Elm Street
        Rocky Hill, CT 06067
        Tele: (860) 571-8880
        Fax: (860) 571-8853
        Federal Bar No. ct07152
        Their Attorney
        E-mail: adewey@baiolaw.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of August 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

        _____
                Andrew M. Dewey