UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY GILBERT | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV41 (AVC) |
| | : | |
| EAST HARTFORD POLICE | : | |
| DEPARTMENT, CHIEF MARK SIROIS, | : | |
| OFFICER ROSARIO, OFFICER FRED | : | |
| PAQUETTE, OFFICER FOX, SGT. | : | |
| McQUEENY, SGT. EAGAN, INTERNAL | : | |
| AFFAIRS OFFICE, OFFICER NATHAN | : | |
| STEBANS, DISPATCHER BARNETTE, | : | |
| OFFICER GRIFFIN, OFFICER | : | |
| RAYMOND CHAVERIER | : | |
|     Defendants | : | AUGUST 10, 2005 |

**MOTION FOR RECONSIDERATION
OF COURT'S ORDER RE: PLAINTIFF'S
MOTION TO ADJOURN SETTLEMENT CONFERENCE**

The Defendants East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Frederick Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier hereby move the Court to reconsider its ruling on the Plaintiff's motion to adjourn settlement conference and request that the Court consider the merits of the Defendants' Objection to the Plaintiff's Motion to Adjourn that has been filed simultaneously herewith.

In support of this Motion the undersigned counsel represents the following:

(1) As of the drafting of this Motion for Reconsideration the Plaintiff still has not provided the Defendants with a copy of the correspondence/motion to adjourn that was addressed to Judge Covello and apparently filed on August 8, 2005.

(2) The Defendants were not given an opportunity to file a response to the Plaintiff's correspondence/motion to adjourn because the Defendants never received a copy before the Court issued its order on August 8, 2005.

(3) The undersigned counsel learned of the filing of the plaintiff's correspondence/motion to adjourn and the Court's order simultaneously on August 10, 2005 via the Court's electronic mail notification.

(4) The undersigned counsel does not agree with the manner in which the Plaintiff described his conduct at the prior status conference held by Parajudical Officer Murphy. The undersigned counsel adamantly denies that he was disrespectful to anyone at the prior conference and is offended by such a suggestion.

(5) It is expected that the Defendants will call at least 15 witnesses at the trial of this matter. This includes the nine defendants. There are availability issues in terms of these witnesses. Immediately after receiving the Court's first notice that jury selection was scheduled for September 1, 2005 the Defendants and the potential

trial witnesses were alerted and the undersigned counsel was in the process of determining each witness' availability when the notice that jury selection had been cancelled and that a status/settlement conference would be scheduled for December 7, 2005 was received. At that point the undersigned immediately notified the Defendants and potential trial witnesses that the trial would not be going forward in September. At this late juncture it is unclear as to whether all of the Defendants' witnesses will be available for trial in September especially if the trial starts the week of September $5^{th} - 9^{th}$. The undersigned counsel is also scheduled for a trial in Middletown Superior Court on September 15, 2005. The trial date in that matter was set in 2004.

(6) The undersigned counsel does not agree that a status/settlement conference with U.S. Magistrate Judge Smith will a waste of the Court's time as the Plaintiff asserts.

For all of these reasons the Defendants respectfully request that the Court reconsider the ruling on the Plaintiff's motion to adjourn and that their Objection filed simultaneously herewith be considered. In the alternative, if the Court should decide not to grant this Motion for Reconsideration, the Defendants respectfully request that a status

3

conference be scheduled prior to September 1, 2005 with the Court to address the trial schedule and other related issues given the significant issues of witness availability.

                      Defendants,
                      East Hartford Police Department,
                      Chief Mark Sirois, Officer Javier
                      Rosario, Officer Frederick Paquette,
                      Officer Brian Fox, Dennis McQueeney,
                      John Egan, Maureen Barnett, Levaniel
                      Griffin, and Officer Raymond Cheverier

BY:_____
    Andrew M. Dewey
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Tele: (860) 571-8880
    Fax: (860) 571-8853
    Federal Bar No. ct07152
    Their Attorney
    E-mail: adewey@baiolaw.com

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of August 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

                _____
                  Andrew M. Dewey

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580