August 17, 2005. The motion for reconsideration is granted. The relief requested is also granted to the extent that jury selection in this matter will now go forward on October 6, 2005 at 10:00 am.
SO ORDERED

Alfred V. Covello, U.S.D.J.

FILED
2005 AUG 10 P 3:51
DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
    Plaintiff,

v.

CASE NUMBER: 3:02CV41 (AVC)

EAST HARTFORD POLICE
DEPARTMENT, CHIEF MARK SIROIS,
OFFICER ROSARIO, OFFICER FRED
PAQUETTE, OFFICER FOX, SGT.
McQUEENY, SGT. EAGAN, INTERNAL
AFFAIRS OFFICE, OFFICER NATHAN
STEBANS, DISPATCHER BARNETTE,
OFFICER GRIFFIN, OFFICER
RAYMOND CHAVERIER
    Defendants

AUGUST 10, 2005

## MOTION FOR RECONSIDERATION OF COURT'S ORDER RE: PLAINTIFF'S MOTION TO ADJOURN SETTLEMENT CONFERENCE

The Defendants East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Frederick Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier hereby move the Court to reconsider its ruling on the Plaintiff's motion to adjourn settlement conference and request that the Court consider the merits of the Defendants' Objection to the Plaintiff's Motion to Adjourn that has been filed simultaneously herewith.

1
LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

FILED
2005 AUG 17 P 3:13
U.S. DISTRICT COURT
HARTFORD, CT