UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY GILBERT | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV41 (AVC) |
| | : | |
| EAST HARTFORD POLICE | : | |
| DEPARTMENT, CHIEF MARK SIROIS, | : | |
| OFFICER ROSARIO, OFFICER FRED | : | |
| PAQUETTE, OFFICER FOX, SGT. | : | |
| McQUEENY, SGT. EAGAN, INTERNAL | : | |
| AFFAIRS OFFICE, OFFICER NATHAN | : | |
| STEBANS, DISPATCHER BARNETTE, | : | |
| OFFICER GRIFFIN, OFFICER | : | |
| RAYMOND CHAVERIER | : | |
|     Defendants | : | SEPTEMBER 20, 2005 |

**DEFENDANTS' MOTION IN LIMINE
AS TO PLAINTIFFS' EXPERTS**

The Defendants, Town of East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Fred Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier respectfully move this Court pursuant to Rules 103 and 403 of the Federal Rules of Evidence, Local Rule 7 and Rule 26(a)(2) of the Federal Rules of Civil Procedure to preclude the Plaintiff's proposed experts, Chief Robert Brautigan, Dr. Carlson, Dr. Katz, Manchester Memorial Hospital, and Dr. May, from testifying as expert witnesses at trial. The Plaintiff has never formally disclosed any of these

individuals or entities as expert witnesses pursuant to the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure. Furthermore, these individuals or entities were not identified by the Plaintiff as potential expert witnesses until well after the expiration of the discovery deadline of December 31, 2004 and until after the expiration of the deadline of April 15, 2005 for the filing of the joint trial memorandum.

If these experts are permitted to testify the Defendants will be prejudiced because the Plaintiff has not disclosed the information required by F.R.C.P. 26(a)(2)(B), including the substance of the opinions of these experts and the basis and reasons therefore. Furthermore, even if the Plaintiff subsequently discloses the information required by F.R.C.P. 26(a)(2)(B) the Defendants have been deprived of the opportunity to depose the Plaintiff's experts and to obtain experts on their behalf. The Defendants had no reason to depose the Plaintiff's experts prior to the expiration of the discovery deadline because the Defendants did not know the identity of any such experts and did not know that the Plaintiff intended to rely on any experts.

For all of these reasons, the Defendants respectfully request that this motion be granted.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

        Defendants,
        East Hartford Police Department,
        Chief Mark Sirois, Officer Javier
        Rosario, Officer Frederick Paquette,
        Officer Brian Fox, Dennis McQueeney,
        John Egan, Maureen Barnett, Levaniel
        Griffin, and Officer Raymond Cheverier

BY:_____
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele: (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney
E-mail: adewey@baiolaw.com

### **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of September 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

_____
Andrew M. Dewey