UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY GILBERT : | |
|     Plaintiff, : | |
| : | |
| v. : | CASE NUMBER: 3:02CV41 (AVC) |
| : | |
| EAST HARTFORD POLICE : | |
| DEPARTMENT, CHIEF MARK SIROIS, : | |
| OFFICER ROSARIO, OFFICER FRED : | |
| PAQUETTE, OFFICER FOX, SGT. : | |
| McQUEENY, SGT. EAGAN, INTERNAL : | |
| AFFAIRS OFFICE, OFFICER NATHAN : | |
| STEBANS, DISPATCHER BARNETTE, : | |
| OFFICER GRIFFIN, OFFICER : | |
| RAYMOND CHAVERIER : | |
|     Defendants : | SEPTEMBER 20, 2005 |

**DEFENDANTS' MOTION IN LIMINE
AS TO LIABILITY INSURANCE OR ALLEGED
OFFERS TO COMPROMISE**

The Defendants, Town of East Hartford Police Department, Chief Mark Sirois, Javier

Rosario, Fred Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett,

Levaniel Griffin, and Raymond Cheverier respectfully move this Court pursuant to Rules

103, 408, and 411 of the Federal Rules of Evidence and Local Rule 7, to preclude the

Plaintiff from offering any and all evidence at trial concerning any alleged offers to settle or

compromise this matter and any and all evidence concerning the liability insurance coverage of the Defendants.

In her "Civil Complaint Ammended" dated January 27, 2003 the Plaintiff alleges in part that she had settlement discussions with the East Hartford Police Department's insurance company. Even if such discussions occurred, a point the Defendants do not concede, any evidence concerning settlement discussions would be prejudicial to the Defendants and is not admissible pursuant to Rules 408 and 411 of the Federal Rules of Evidence.

Wherefore, the Defendants respectfully request that this Motion be granted.

        Defendants,
        East Hartford Police Department,
        Chief Mark Sirois, Officer Javier Rosario,
        Officer Frederick Paquette, Officer Brian
        Fox, Dennis McQueeney, John Egan,
        Maureen Barnett, Levaniel Griffin, and
        Officer Raymond Cheverier

        BY:_____
        Andrew M. Dewey
        Baio & Associates, P.C.
        15 Elm Street
        Rocky Hill, CT 06067
        Tele: (860) 571-8880
        Fax: (860) 571-8853
        Federal Bar No. ct07152
        Their Attorney
        E-mail:adewey@baiolaw.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of September 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

        _____
        Andrew M. Dewey