UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY GILBERT | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV41 (AVC) |
| | : | |
| EAST HARTFORD POLICE | : | |
| DEPARTMENT, CHIEF MARK SIROIS, | : | |
| OFFICER ROSARIO, OFFICER FRED | : | |
| PAQUETTE, OFFICER FOX, SGT. | : | |
| McQUEENY, SGT. EAGAN, INTERNAL | : | |
| AFFAIRS OFFICE, OFFICER NATHAN | : | |
| STEBANS, DISPATCHER BARNETTE, | : | |
| OFFICER GRIFFIN, OFFICER | : | |
| RAYMOND CHAVERIER | : | |
|     Defendants | : | OCTOBER 14, 2005 |

**DEFENDANTS' SUPPLEMENTAL COMPLIANCE RE: COURT'S PRETRIAL ORDER**

Based on newly discovered information the undersigned Defendants hereby supplement their portion of the trial memorandum by adding the following individual to their list of witnesses:

1. **LIST OF WITNESSES**

    **B. DEFENDANTS' WITNESSES**

    **(2) Defendants' Witnesses Who May Testify**

    Douglas James LaFountain
    22 Holmes Street
    East Hartford, CT 06108

      Mr. LaFountain may be called to testify as to his familiarity with the Plaintiff and any and all knowledge or information he has that is relevant to the Plaintiff's claims, including the substance of any and all conversations the Plaintiff had with him as to his potential testimony at trial regarding what he witnessed during the December 31, 2001 incident that is the subject of the Plaintiff's claim against Officer Raymond Cheverier. The expected duration of his testimony if called is approximately 15-20 minutes.

Respectfully submitted this 14th day of October 2005.

                              Defendants,
                              East Hartford Police Department,
                              Chief Mark Sirois, Officer Javier Rosario, Officer Frederick Paquette, Officer Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Officer Raymond Cheverier

BY:_____
    Andrew M. Dewey
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Tele: (860) 571-8880
    Fax: (860) 571-8853
    Federal Bar No. ct07152
    Their Attorney
    E-mail: adewey@baiolaw.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of October 2005 to the pro se Plaintiff at the address listed below that she has provided the undersigned counsel with as follows:

Ms. Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095

                                                                  _____
                                                                          Andrew M. Dewey