UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
    Plaintiff,

v.                                              CASE NUMBER: 3:02CV41 (AVC)

EAST HARTFORD POLICE
DEPARTMENT, CHIEF MARK SIROIS,
OFFICER ROSARIO, OFFICER FRED
PAQUETTE, OFFICER FOX, SGT.
McQUEENY, SGT. EAGAN, INTERNAL
AFFAIRS OFFICE, OFFICER NATHAN
STEBANS, DISPATCHER BARNETTE,
OFFICER GRIFFIN, OFFICER
RAYMOND CHAVERIER
    Defendants                      OCTOBER 6, 2005

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41, the Pro Se Plaintiff Kimberly Gilbert and the Defendants Brian Fox and John Egan, through their attorney, Andrew M. Dewey, hereby stipulate that all of the claims of the Plaintiff in the above-entitled action shall be dismissed as to said defendants, with prejudice, and without costs as to any of the parties, subject to the approval of the Court.

Plaintiff Kimberly Gilbert, Pro Se

Dated: 10-8-05

*Kimberly Gilbert Pro Se*
Kimberly Gilbert
40 Henry Street, Apt. 28
Windsor, CT 06095
Telephone No. (860) 285-8287

Defendants Brian Fox and John Egan

Dated: 10/17/05

BY: *Andrew M. Dewey*
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele No. (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
E-Mail: adewey@baiolaw.com
Their Attorney

2

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580