Kimberly Gilbert                                Case # 3:02 CV41(AVC)
        -vs-
East Hartford Police ET. AL               Date 10-17-05

Motion to Dismiss Defendents last stated witness:

Honorable Judge Covello I ask that Douglas Lafontaine be removed from the Defendents witnesses entering federal court for countless reasons. First of all his statement given to East Hartford P.D. is full of nonstop inconsistences such as residing with me anywhere else but Glastenbury is a falsehood. I was evicted right after Chavier tackled me and I ammeded my federal complaint. I had known Douglas Lafontaine from speaking with him generally, but he did reside in Glastenbury at his boss George Grillas home (a home for sale) he stated I could stay there since I was to vacate my apartment within 3 days. I was there for almost 3 months. His boss wanted me out and I received no mail there so, the officers asked me to leave, my mother was present. Douglas claims I struck him. He slapped me across the face and I called Glastenbury police, but the mark was faint and no arrest was made. The second false commital occurred in the morning and Mr. Lafontaine claims it was night time. He worked everyday including weekends and had a van he drove with a suspended license and went to work from Glastenbury therefore Douglas Lafontaine did not witness anything that I am claiming against EHPD.

Douglas Lafountaine is a major crack cocaine user I have witnessed him using. Due to the type of environment we lived in (the projects) it wasn't strange to have a large volume of drug users and dealers. A year after I was evicted I got back together with an old boyfriend who moved into my home, so obviously Douglas Lafountaine did not reside in Windsor with myself and boyfriend! This man is a liar by nature and after leaving E.H.H. he tried to track me down wherever he could calling my mothers home and my sister Kelly's home on a constant basis asking where I was, where I lived and could they relay messages to me! Douglas Lafountaine literally became fatally attracted to me. He got my number and knowing I had a boyfriend called on a constant basis. He even called from the main rd and told my boyfriend to come out and fight him. My boyfriend and I broke up the calls continued but, with a much serious tone. Such as I'll never let you go and if I find anyone in your house (another male) I'll kill him. I sought a restraining order in which Mr. Lafountaine violated twice and his arrest led to the court to issue a full protective order which included my ex-boyfriend, mother and sister besides myself. A few months ago I had a friend over (a male) with his little boy visiting. When they left about 5 minutes after I heard my front door and while approaching the door Mr. Lafountaine entered my home and immediately struck me in the face three times hitting my jaw, cheekbone, and busting my bottom lip while I fell to the ground. Warrants were issued by Sgt Spencer of Windsor P.D. and Mr. Lafountaine was picked up by the drug suppression unit. This of course is due to my suit against E.H.H.A.

Now that Mr. Lafountaine is out of jail, it seems all to convenient that the defenses main concern is officer Chavier and this is what Douglas Lafountaine tries to discredit as my defense. As I stated before Mr. Lafountaine was not in the area nor was he near my residence when the final incident of a false commital occured with officer Chavier. He was not at his mothers and there was only one witness but, he chose not to get involved due to gaining custody of his minor child.

Mr. Lafountaine and I spoke only when I received an eviction notice which was after any and all incidents occured with myself and East Htfd Police. Mr. Lafountaine works fixing up houses, I guess a glorified handyman, so why would he state that my dream is to fix up broken down houses!? I am a smart woman and my dreams include, finishing school to become a social worker and to have my disability of panic/agoraphobia be under total control so that I myself can have peace of mind and become self-sufficient. Mr. Lafountaine has nothing to do with this suit nor did he state the right recovery figure I am seeking. So as strongly as I feel about not entertaining stupidity I feel even stronger about a loser on drugs interfering and commiting purgery to the East Hartford Police in his statement simply to retaliate against myself and my purpose for this case. I strongly request that Mr. Douglas Lafountaine be removed as the defendents final witness. I believe being Pro Se that this case is enough trauma for me to handle without adding a seperate incident that also caused me great stress. I will ask if he is not removed that a Lie Detector Test be taken and or that I may

Enter several witnesses myself that can verify that Douglas Lafountaine has and is committing perjury. I will find out through WK records where Mr. Lafountaine was on the morning of the incident with Chavel. If this case has to be prolonged because of the defenses games then so be it. I am not a quitter and although this case is taking its toll on me, I'm still going through with it to the end! Judge Covello I have no problem fighting for justice, but when justice becomes tainted at any cost I simply cannot tolerate it. This last witness Douglas Lafountaine I graciously ask be removed from testifying.

respectfully,

Kimberly Gilbert
Pro Se Plaintiff

Plaintiff
Sent to: Andrew Dewey of Bai and associates us Certified mail and also sent Certified to U.S. District Court - Judge Covello.