UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KIMBERLY GILBERT

V.                            Case Number: 3:02CV00041(AVC)

EAST HARTFORD POLICE, ET AL

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on October 31, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **November 30, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, November 1, 2005.

                KEVIN F. ROWE, CLERK

                By: _/s/_____
                     Fidelis Basile
                     Deputy Clerk