As this matter has been reported as settled, the motion is denied as moot. SO ORDERED.

November 22, 2005.

Alfred V. Covello, U.S.D.J.

FILED
2005 SEP 20 P 3: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY GILBERT
    Plaintiff,

v.

EAST HARTFORD POLICE DEPARTMENT, CHIEF MARK SIROIS, OFFICER ROSARIO, OFFICER FRED PAQUETTE, OFFICER FOX, SGT. McQUEENY, SGT. EAGAN, INTERNAL AFFAIRS OFFICE, OFFICER NATHAN STEBANS, DISPATCHER BARNETTE, OFFICER GRIFFIN, OFFICER RAYMOND CHAVERIER
    Defendants

CASE NUMBER: 3:02CV41 (AVC)

SEPTEMBER 20, 2005

## DEFENDANTS' MOTION IN LIMINE AS TO PLAINTIFFS' EXPERTS

The Defendants, Town of East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Fred Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier respectfully move this Court pursuant to Rules 103 and 403 of the Federal Rules of Evidence, Local Rule 7 and Rule 26(a)(2) of the Federal Rules of Civil Procedure to preclude the Plaintiff's proposed experts, Chief Robert Brautigan, Dr. Carlson, Dr. Katz, Manchester Memorial Hospital, and Dr. May, from testifying as expert witnesses at trial. The Plaintiff has never formally disclosed any of these