November 22, 2005. As this matter has been reported as settled, the motion is denied as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.



FILED
2005 SEP 20 P 3: 24
U.S. DISTRICT COURT
CT



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY GILBERT<br>Plaintiff, | :<br>:<br>: |
| v. | : CASE NUMBER: 3:02CV41 (AVC) |
| EAST HARTFORD POLICE<br>DEPARTMENT, CHIEF MARK SIROIS,<br>OFFICER ROSARIO, OFFICER FRED<br>PAQUETTE, OFFICER FOX, SGT.<br>McQUEENY, SGT. EAGAN, INTERNAL<br>AFFAIRS OFFICE, OFFICER NATHAN<br>STEBANS, DISPATCHER BARNETTE,<br>OFFICER GRIFFIN, OFFICER<br>RAYMOND CHAVERIER<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 20, 2005 |

### DEFENDANTS' MOTION IN LIMINE
### AS TO LIABILITY INSURANCE OR ALLEGED
### OFFERS TO COMPROMISE

The Defendants, Town of East Hartford Police Department, Chief Mark Sirois, Javier Rosario, Fred Paquette, Brian Fox, Dennis McQueeney, John Egan, Maureen Barnett, Levaniel Griffin, and Raymond Cheverier respectfully move this Court pursuant to Rules 103, 408, and 411 of the Federal Rules of Evidence and Local Rule 7, to preclude the Plaintiff from offering any and all evidence at trial concerning any alleged offers to settle or

1