02CV41 mtndis

Kimberly Gilbert      Case # 302CV41(AVC)

-vs-

East Hartford Police ET.AL    Date 10-17-05

*Alfred V. Covello, U.S.* [stamp]

*As this matter has been reported as settled, the motion is denied as moot.*

*November 22, 2005.*
*SO ORDERED.*

Motion to Dismiss Defendents last Stated witness:

Honorable Judge Covello I ask that Douglas Lafontaine be removed from the Defendents witnesses entering federal court for countless reasons. First of all his statement given to East Hartford P.D. is full of nonstop inconsistences such as residing with me anywhere else but Glastonbury is a falsehood. I was evicted right after chavier tackled me and I ammeded my federal complaint. I had known Douglas Lafontaine from speaking with him generally, but he did reside in Glastonbury at his boss George Grillas home (a home for sale) he stated I could stay there since I was to vacate my apartment within 3 days I was there for almost 3 months. His boss wanted me out and I received no mail there. So, the officers asked me to leave, my mother was present. Douglas claims I struck him! He slapped me across the face and I called Glastonbury police, but the mark was faint and no arrest was made. The second false committal occurred in the morning and Mr. Lafontaine claims it was night time. He worked everyday including weekends and had a van he drove with a suspended license and went to work from Glastenbury therefore Douglas Lafontaine did not witness anything that I am claiming against E.H.P.D.