02CV41stipdis

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY GILBERT<br>Plaintiff, | : <br> : <br> : |
| v. | : CASE NUMBER: 3:02CV41 (AVC) |
| EAST HARTFORD POLICE DEPARTMENT, CHIEF MARK SIROIS, OFFICER ROSARIO, OFFICER FRED PAQUETTE, OFFICER FOX, SGT. McQUEENY, SGT. EAGAN, INTERNAL AFFAIRS OFFICE, OFFICER NATHAN STEBANS, DISPATCHER BARNETTE, OFFICER GRIFFIN, OFFICER RAYMOND CHAVERIER<br>Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : NOVEMBER 1, 2005 |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41, the Pro Se Plaintiff Kimberly Gilbert and the Defendants East Hartford Police Department/ Town of East Hartford, Chief Mark Sirois, Maureen Barnett, Javier Rosario, Fred Paquette, Dennis McQueeney, Levaniel Griffin, and Raymond Cheverier, through their attorney, Andrew M. Dewey, hereby stipulate that all of the claims of the Plaintiff in the above-entitled action shall be dismissed as to said defendants, with prejudice, and without costs as to any of the parties, subject to the approval of the Court.

November 29, 2005.  SO ORDERED.  Alfred V. Covello, U.S.D.J.

1

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580